Lake Forest Bankruptcy II, APC
Anerio V. Altman, Esq. #228445
avaesq@lakeforestbkoffice.com
Jay Chien, Esq. #251343
attorneyjkc@gmail.com
26632 Towne Centre Drive #300
Foothill Ranch, CA 92610
Phone and Fax: (949) 218-2002
Proposed Attorneys for Debtor and Debtor-In Possession,
SUSAN JO WHITE

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No: 8:26-bk-11720-SC |
| SUSAN JO WHITE | Chapter 11 |
|     Debtor and<br>    Debtor-in-Possession. | **NOTICE OF STATUS CONFERENCE**<br><br>**JUDGE:**<br>HON. SCOTT C. CLARKSON<br><br>**STATUS CONFERENCE:**<br>Date: July 29, 2026<br>time: 1;30 P.M.<br>Place: 5C<br>Location: 411 West Fourth Street, Santa Ana, CA 92701 (Virtual Appearance by Zoom.gov) |

///

///

///

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that this court will hold a status conference in this matter on July 29, 2026 at 1:30 at 411 West Fourth Street #5C, Santa Ana, CA 92701.  Appearances will be made by remote appearance utilizing zoom.gov.  Please consult the court's tentative rulings prior to the hearing date for information on how to appear remotely.

**TAKE FURTHER NOTICE** that the order setting this status conference, deadlines for any reports to be filed and other issues to be resolved by this court is included on the attached order, issued by this court on June 1, 2026 as Docket #4.  Docket #4

Dated:  June 3, 2026               Signed:

ANERIO V. ALTMAN, ESQ.
JAY CHIEN, ESQ.
PROPOSED COUNSEL FOR
DEBTOR-IN-POSSESSION
SUSAN J. WHITE

2

**DOCKET #4**

FILED & ENTERED

JUN 01 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – Santa Ana Division

In re

SUSAN JO WHITE,
aka SUSAN WHITE,
aka SUSAN J. WHITE,

Debtor(s).

Case No.  8:26-bk-11720-SC

Chapter 11

**ORDER (1) SETTING SCHEDULING HEARING AND CASE MANAGEMENT CONFERENCE AND (2) REQUIRING STATUS REPORT**

Date:    July 29, 2026
Time:    1:30 p.m.
Location: Courtroom 5C - Virtual
411 West Fourth Street
Santa Ana, CA 92701

**TO:  DEBTOR AND ITS COUNSEL OF RECORD:**

In order to expedite the disposition of this bankruptcy case and to provide information to creditors and other parties in interest, the court makes the following ORDER:

**IT IS HEREBY ORDERED** that pursuant to 11 U.S.C. § 105(d) a status conference in this case will be held on **July 29, 2026** at **1:30 p.m.** in Courtroom 5C – Virtual (Accessibility information will be posted into the Court's tentative ruling prior to the hearing), located at 411 West Fourth Street, Santa Ana, CA 92701, on the 5th Floor of 411 West Fourth Street, Santa Ana, CA 92701.

**IT IS FURTHER ORDERED** that Debtor shall serve this order within 48 hours of receipt on the 20 largest unsecured creditors (or the committee of creditors, if any), all secured creditors, and the U.S. Trustee. Debtor shall file and serve a Status Report with the court and serve the U.S. Trustee and all official committees 14 days before every status conference hearing in this case.  The Status Report and all proposed disclosure statements shall be supported by evidence in the form of declarations and supporting documents. Additionally, Debtor shall file a line item budget with the first status report which shall cover the first 60 days of the bankruptcy.  This budget shall include all income and expenses of the Debtor.

**FAILURE OF THE DEBTOR TO APPEAR (THROUGH COUNSEL, IF THE DEBTOR IS REPRESENTED), TO FILE A STATUS REPORT, OR TO SERVE THIS NOTICE AS REQUIRED MAY RESULT IN THE APPOINTMENT OF A CHAPTER 11 TRUSTEE, DISMISSAL OF THE CASE, OR CONVERSION TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE.**

**The status report shall include the following information or an explanation of why such information has not been included:**

(1)  Describe events that led up to and caused the filing of the Chapter 11 case.

(2)  Describe the status of the Debtor's post-petition operations and its major assets and liabilities.

(3)  Describe the status of the Debtor's pre-petition and post-petition litigation.

(4)  State whether the estate has any potential avoidance actions as described in 11 U.S.C. §§ 544-550.  If so, describe them briefly and state whether complaints have been filed.  If complaints have not been filed, explain why not and estimate when they will be filed.

(5) Disclose whether counsel has been retained in this case. If so, whether the court has approved the employment. If the Debtor has not sought or obtained approval of counsel, explain why not.

(6) Disclose whether other professionals have been retained in this case. If so, whether the court has approved the employment. If the Debtor has not sought or obtained approval of professional employment, explain why not.

(7) Disclose whether the Debtor is in compliance with all of its duties under 11 U.S.C. §§ 521, 1106, and 1107 and all applicable guidelines of the Office of the United States Trustee. If not, please explain.

(8) Whether case is a small business case under 11 U.S.C. § 101(51D).

(9) Whether case is a single asset real estate case under 11 U.S.C. § 101(51B).

(10) A proposed deadline for filing and serving a disclosure statement and plan of reorganization. If a disclosure statement cannot be filed within the first 120 days of this case, explain the reasons for delay.

(11) A proposed deadline for filing proofs of claims.

(12) A proposed deadline for filing of objections to claims.

(13) A proposed deadline for filing any avoidance actions.

**CREDITOR ATTENDANCE IS WELCOME, BUT NOT REQUIRED.**

### 

Date: June 1, 2026

Scott C. Clarkson
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

26632 Towne Centre Drive #300, Foothill Ranch, CA 92610

A true and correct copy of the foregoing document entitled (*specify*):

Notice of Status Conference

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____**06/03/2026**____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman aaltman@ecf.courtdrive.com, lakeforestbankruptcy@jubileebk.net
Kenneth Misken Kenneth.M.Misken@usdoj.gov
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**

On (*date*) ____**06/03/2026**____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____**06/03/2026**____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 06/03/2026 | Anerio Ventura Altman, Esq. | |
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                     **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-8
Case 8:26-bk-11720-SC
Central District of California
Santa Ana
Wed Jun  3 19:15:45 PDT 2026

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Charles Schwab
PO Box 5050
Richfield, OH 44286-5050

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

Equifax
Po Box 105281
Atlanta, GA 30348-5281

Experian
P.O. Box 9530
Allen, TX 75013

Franchise Tax Board
PERSONAL BANKRUPTCY MS A340
PO BOX 2952
Sacramento, CA 95812-2952

Franchise Tax Board
Personal Bankruptcy MS A340
PO Box 942867
Sacramento, CA 94267-0001

Frieda Baldwin
13432 2nd Street
Hope, ND 58046-9049

Milligan Frisco & Trutanich, LLP
One World Trade Center Suite 1740
Long Beach, CA 90831-0002

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jianfeng Le
26 Boulder View
Irvine, CA 92603-0410

Law Office of Hollie A. Lemkin
Law Office of John Teal
3 Corporate Plaza Dr #150
Newport Beach, CA 92660-7908

Nordstrom Signature Visa
Colorado Service Center
PO Box 6555
Englewood, CO 80155-6555

The UPS Store
25422 Trabuco Road 105
Lake Forest, CA 92630-2798

Transunion
Transunion Customer Solutions
Po Box 2000
Chester, PA 19016-2000

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Anerio V Altman
Lake Forest Bankruptcy II, APC
26632 Towne Centre Dr #300
Foothill Ranch, CA 92610-2814

Susan Jo White
10 Snowberry Lake
Lake Forest, CA 92630-8383

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) Internal Revenue Service
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19