| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Anerio V. Altman, Esq. #228445<br>Lake Forest Bankruptcy II, APC<br>26632 Towne Centre Drive #300<br>Foothill Ranch, CA 92610<br>Phone and Fax: (949) 218-2002<br>avaesq@lakeforestbkoffice.com<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* DEBTOR-IN-POSSESSION | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>SUSAN JO WHITE | CASE NO.:   8:26-bk-11720-SC |
|---|---|
| | CHAPTER: 11 |
| | **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING DEBTOR IN POSSESSION TO EMPLOY GENERAL BANKRUPTCY COUNSEL [11 U.S.C. § 327(a), LBR 2014-1]; and**<br><br>☒ **TO FILE INTERIM FEE APPLICATIONS USING PROCEDURE IN LBR 9013-1(o)** |
| | This motion is being made under **ONLY ONE** of the following notice procedures:<br><br>☒ **No hearing unless requested under LBR 9013-1(o)(4);  or**<br>☐ **Hearing set on regular notice: LBR 9013-1(d):**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
| Debtor(s). | |

**PLEASE TAKE NOTICE THAT** the Debtor in Possession (the Debtor) requests an order authorizing the Debtor to employ general bankruptcy counsel and, if requested in this motion, to file interim fee applications using the procedures set forth in LBR 9013-1(o).

Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. You must serve a copy of

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

your opposition upon the Debtor, the Debtor's attorney, the United States trustee and on the judge pursuant to LBR 5005-2(d) and the Court Manual.

a. ☒ **No Hearing Scheduled; Notice Provided Under LBR 9013-1(o):** This Motion is filed by the Debtor pursuant to LBR 9013-1(o), which provides for granting of motions without a hearing. The full Motion is attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response and request for hearing with the court and serve it as stated above, **no later than 14 days after the date stated on the Proof of Service of this Motion** plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). Your opposition must comply with LBR 9013-1(f) and (o).

b. ☐ **Hearing Set on Regular Notice; Notice Provided Under LBR 9013-1(d):** This Motion is set for hearing on regular notice pursuant to LBR 9013-1(d). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing.** Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

c. ☐ **Other** (specify):

Date: 6/12/2026

By: _____
Signature of Debtor

Name: SUSAN JO WHITE
Printed name of Debtor

Date: 6/15/26

By: _____
Signature of attorney for Debtor, if any

Name: ANERIO V. ALTMAN, ESQ.
Printed name of attorney for Debtor, if any

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                      Page 2              F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL

## MOTION TO EMPLOY GENERAL BANKRUPTCY COUNSEL [LBR 2014-1] AND, IF REQUESTED BELOW, TO FILE INTERIM FEE APPLICATIONS USING PROCEDURE IN LBR 9013-1(o)

### 1. EMPLOYMENT

a. To assist the Debtor in the administration of this chapter 11 case, the Debtor must employ, effective on (*date*) 05/31/2026 , the following professional ANERIO V. ALTMAN, ESQ. (Professional) as chapter 11 general bankruptcy counsel pursuant to 11 U.S.C. § 327(a).

b. The following information and documents are provided in support of this Motion:

(1) The Professional seeks compensation pursuant to: ☐ 11 U.S.C. § 328; or ☒ 11 U.S.C. § 330.

(2) The Debtor selected this Professional because the Professional is well qualified to represent the Debtor in this proceeding and for the following additional reasons:

Counsel has represented several thousand individuals in bankruptcy, approximately 10 individuals in Chapter 11 and this Debtor for several years in various proceedings.

(3) Professional agrees to render legal services in connection with the Debtor's chapter 11 case, including but not limited to the following services:

(A) Advise the Debtor regarding matters of bankruptcy law and concerning the requirements of the Bankruptcy Code, and Bankruptcy Rules relating to the administration of this case, and the operation of the Debtor's estate as a debtor in possession;

(B) Represent the Debtor in proceedings and hearings in the court involving matters of bankruptcy law;

(C) Assistance in compliance with the requirements of the Office of the United States trustee;

(D) Provide the Debtor legal advice and assistance with respect to the Debtor's powers and duties in the continued operation of the Debtor's business and management of property of the estate;

(E) Assist the Debtor in the administration of the estate's assets and liabilities;

(F) Prepare necessary applications, answers, motions, orders, reports and/or other legal documents on behalf of the Debtor;

(G) Assist in the collection of all accounts receivable and other claims that the Debtor may have and resolve claims against the Debtor's estate;

(H) Provide advice, as counsel, concerning the claims of secured and unsecured creditors, prosecution and/or defense of all actions;

(I) Prepare, negotiate, prosecute and attain confirmation of a plan of reorganization;

(J) ☐ Other (*specify*):

(4) A declaration by the Professional provides information on the following: identification/qualifications; disinterestedness; compliance with FRBP 2014 and FRBP 5002; and compensation arrangements.

(5) A declaration by the Debtor as to the source, amount and date of prepetition retainer paid to Professional and provisions for replenishment, if any, and any postpetition retainer and source of payment of postpetition retainer(s), if any. No liens against the retainer have been granted in favor of the Professional or any other party.

(6) ☐ An optional Memorandum of Points and Authorities is attached.

(7) ☐ Other (*specify*):

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.



## 2.  FILE INTERIM FEE APPLICATIONS USING LBR 9013-1(o) (IF REQUESTED)

☒  The Debtor requests authorization to use the procedures set forth in LBR 9013-1(o) regarding Notice of Opportunity to Request Hearing when requesting approval of interim fee applications. Professional acknowledges, by checking this box, that to the best of Professional's knowledge, no other professional is or will be employed in this case. If additional professional(s) become employed, Professional agrees to give 45 days' notice of the date and time of any interim fee application hearing in compliance with LBR 2016-1(a)(2) and will cease filing interim fee applications pursuant to LBR 9013-1(o).

The Debtor requests the authority to (1) employ the Professional to represent the Debtor in this case and (2) file interim fee applications using the procedure set forth in LBR 9013-1(o).

Date: _____      By: _____
                          Signature of attorney for Debtor, if any

                          Name:  ANERIO V. ALTMAN, ESQ.
                          Printed name of attorney for Debtor, if any

Date: 6/12/2026          By: _____
                          Signature of Debtor

                          Name:  SUSAN JO WHITE
                          Printed name of Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                          Page 4        F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL

## DECLARATION OF PROFESSIONAL

I, (*print name*) Anerio V. Altman, Esq. _____, have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto.

**1. Identification/Qualifications**

a.  ☒  I am a licensed attorney.

b.  I, and the (*name of firm*) Lake Forest Bankruptcy II, APC _____(Firm) of which I am a (*position with Firm*) OWNER _____, maintain our principal offices at
26632 Towne Centre Drive #300, Foothill Ranch, CA 92610

c.  I believe that I am qualified to represent the Debtor.  A copy of my resume is attached as **Exhibit 1.**

(1) ☒  I have previously represented at least 20 chapter 11 debtors and in 5 of those cases, I prepared a chapter 11 plan and obtained an order confirming the plan.

(2) ☐  I cannot check box 1.c.(1) but I believe that I should be allowed to represent this Debtor because (*specify*):

d.  Additional resumes for any and all professionals at my Firm who will work on this case are attached as **Exhibit 2.**

**2. Disclosures Re Connections and Adverse Interests**

a.  Authority is sought pursuant to 11 U.S.C § 327(a)

The Firm and I are "disinterested persons" within the meaning of 11 U.S.C. § 101.   We are (a) not  creditors, equity security holders, or insiders of the Debtor; (b) are not and were not, within 2 years before the date of the filing of the petition, directors, officers or employees of the Debtor; and (c) do not have interests materially adverse to the interest of the estate, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason.  The Firm and I do not hold or represent an interest adverse to the estate.

b.  Disclosures re FRBP 2014

Except as indicated below and other than representing the Debtor in this case, neither the Firm nor I ever represented the Debtor, and neither the Firm nor I have any connection with the Debtor, any insider of the Debtor, or insider of an insider of the Debtor, any creditor of the Debtor or any other party in interest herein, the United States trustee, persons employed by the United States trustee, persons employed by the Bankruptcy Court or a Bankruptcy Judge, or any of their respective attorneys or accountants.  Other information relevant to relationships with the Debtor is as follows (*specify*):

c.  The Firm and I do not hold any prepetition claim against the estate.

d.  The Firm and I have not made any arrangements for the sharing of fees with any other person or entity.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                    Page 5        **F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL**

**3. Compensation Arrangements**

a.  (1) ☒ Prior to the chapter 11 petition date, the Firm and I received $ 25,000.00 _____from

      ☐ the Debtor

      ☐ other (*specify source of funds*): _____

      As of the petition date, $ 5,494.00 _____ of the retainer funds remain unexhausted.

    (2) ☐ Firm and I will receive $_____ from

      ☐ the Debtor

      ☐ other (*specify source of funds*): _____
      postpetition on (*specify date or timing of payment*): _____

b.  Pursuant to the Debtor's initial retainer agreement, the Debtor agreed to pay for services as they were performed. However, any payment of fees and expenses is subject to court approval. A true and correct copy of the retainer agreement is attached as **Exhibit 3**.

c.  The Firm and I will comply with the *Guide To Application For Retainers and Professional And Insider Compensation* promulgated by the Office of the United States trustee, as well as any other applicable employment guidelines and fee guidelines in withdrawing the prepetition or postpetition retainer funds, if any.

d.  <u>THE FIRM'S PROPOSED COMPENSATION IS:</u>

    (1)  <u>Hourly rates</u>

      Partner, primary/lead counsel (*insert names of partners and each rate*)

| | |
|---|---|
| Anerio V. Altman, Esq. | $ 500 per hour |
| Jay Chien, Esq. | $ 400 per hour |
| | $ _____ per hour |

      Associate attorney (*insert names of associates and each rate*)

| | |
|---|---|
| | $ _____ per hour |
| | $ _____ per hour |
| | $ _____ per hour |

      Law clerks/paralegal (*insert names and each rate*)

| | |
|---|---|
| | $ _____ per hour |
| | $ _____ per hour |
| | $ _____ per hour |

      ☐ Optional: See **Exhibit 4** for the Firm's hourly rates.

    (2)  <u>Other</u>

      If the Firm's compensation is set by other than hourly rate, specify:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*          Page 6         **F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL**

e.    THE FIRM'S EXPENSE REIMBURSEMENT RATES ARE:

        Fax in & fax out            _____ (Actual cost, not to exceed $0.10 per page)

        Messenger                Actual cost

        Photocopies             _____ (Actual cost, not to exceed $0.10 per page)

        Postage                   Actual cost

        Telephone                No charge

        Other: (describe expense)

        _____    _____ (Actual cost)

        _____    _____ (Actual cost)

f.    Neither the Firm nor I request any lien on any retainer received in this case or on any property of the estate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: __6/15/26__

By: _____
          Signature of proposed t Professional

Name:  Anerio V. Altman, Esq. _____
              Printed name of proposed Professional

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                    Page 7           F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL

## DECLARATION OF DEBTOR IN POSSESSION

I, SUSAN JO WHITE _____, am the Debtor in Possession in this case.

To the best of my knowledge, all of the Professional's connections with the Debtor, creditors, or any party in interest, their respective attorneys and accountants, the United States trustee or any person employed in the office of the United States trustee are as stated in the attached Declaration of Professional.

☒  I paid the following amounts to Lake Forest Bankruptcy II, APC _____ as follows:

| Amount | Date of Payment | Source of Funds |
|---|---|---|
| $ 25,000.00 | 03/21/2025 | 401K Loan |
| $ | | |

☐  I caused to be paid $ _____ to _____ pursuant to our initial retainer agreement, and have agreed that fees are to be billed against this amount.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 6/12/2026

By: _____
Signature of Debtor in Possession

Name: SUSAN JO WHITE
Printed name of Debtor in Possession

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015  Page 6  F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL

**EXHIBIT 1**

# Anerio V. Altman, Esq.

LAKE FOREST BANKRUPTCY
460 East Trails End Drive
Belfair, WA 98528
Email:avaesq@lakeforestbkoffice.com
www.lakeforestbankruptcy.com

**GOLDEN GOODRICH, LLP, OF COUNSEL**
**January 2025-Current**

- Full Time Legal Employment
    - Trustee and Creditor representation under Chapter 7, 11, Subchapter V Chapter 11 and 13 in the Central, Southern, Northern and Eastern Districts of California and the State of Washington
    - Adversary Proceedings and Contested Matters under Chapters 7, 11 and 13 in the Central, Southern, Eastern and Northern Districts of California and the State of Washington
    - Appellate Case Work up to the Ninth Circuit Court of Appeals and the California 4th Circuit Court of Appeals, five published cases
    - Federal District Court litigation in the Central District of California under the Fair Debt Collection Practices Act, California Rosenthal Act, Fair Credit Reporting Act and Debt Collection through the United States District Court
    - Defense and Litigation in the California Superior Court Limited and Unlimited Civil Divisions focusing on various issues of insolvency.

**LAKE FOREST BANKRUPTCY, SUPERVISING BANKRUPTCY ATTORNEY AND OWNER**
**2004-Current**

- Full Time Legal Employment
    - Filing Consumer and Business Bankruptcy Petitions under Chapter 7, 11, Subchapter V Chapter 11 and 13 in the Central, Southern and Eastern Districts of California.
    - Debtor, Creditor and Trustee Representation
    - Adversary Proceedings and Contested Matters under Chapters 7, 11 and 13 in the Central, Southern, Eastern and Northern Districts of California.
    - Appellate Case Work up to the Ninth Circuit Court of Appeals and the California 4th Circuit Court of Appeals, five published cases
    - Federal District Court litigation in the Central District of California under the Fair Debt Collection Practices Act, California Rosenthal Act, Fair Credit Reporting Act and Debt Collection through the United States District Court
    - Defense and Litigation in the California Superior Court Limited and Unlimited Civil Divisions focusing on various issues of insolvency.

- Professional Memberships

    - California Bar Membership in Good Standing Bar #228445
    - OC Bankruptcy Forum, Board of Directors                              2013-Current
      Worked with multiple attorneys and court staff on presentations to the legal community.
    - Former President and Board Member OCBA Bankruptcy Section        2007-2016
      Worked with multiple attorneys and court staff on presentations to the legal community.
    - Central District of California Rules Committee                          2013-Current
      Work with the CDCA Judges and Court Personnel on the creation and implementation of new rules.
    - Consumer Bankruptcy Committee of Orange County                        2015-Current
      Political Action Committee dedicated to the advocacy of Debtor's rights.

- Education
    - University of California, Santa Cruz. 1992-1996. Bachelor's in History.
    - Case Western Reserve University School of Law. 1999-2002. Juris Doctorate.

**EXHIBIT 3**

May 29, 2026

**VIA EMAIL**

Susan White
10 Snowberry Lake
Lake Forest ,CA 92630

**RE:  Fee Agreement and Certain Disclosures**

Dear Client:

The following documents are enclosed for you review and signature:

1.      Firm's Fee Agreement;
2.      Required Disclosures (if applicable);
3.      Addendum(s) for fees, penalties and scope of work.

**Please note that these documents *must be sent to you as a requirement of
Federal Bankruptcy Law* whether or whether not you retain our Firm.**

**We are a Debt Relief Agency as defined under the Federal Code.  We help
people file for Bankruptcy relief.**

Sincerely,

*/S/ Anerio V. Altman, Esq.*
Anerio V. Altman, Esq.
Supervising Bankruptcy Attorney
Lake Forest Bankruptcy

**SUMMARY OF YOUR INITIAL CASE REVIEW**

This agreement addresses the Firm's retention to assist the Client in filing a
bankruptcy petition under Chapter 11 of the United States Code.  After this
analysis is performed, the Firm will file a Bankruptcy Petition based upon that
analysis if the Client so desires.  This Agreement is being executed for the
purpose of establishing the terms and fees by which this Firm will represent the
Client in the case once filed.  See Addendum B for further details.

*No services will be provided until the Firm receives all fees requested and
costs and a signed copy of the fee agreement.*

Doc ID: 8a360f0bbfa72cf19e0ac60364ad010f2fbcfb56

SIGNATURES:

LAKE FOREST BANKRUPTCY II, APC

By: _____

    ANERIO V. ALTMAN, ESQ.
    PRESIDENT/CEO

Date: _____

ACCEPTED AND AGREED TO:

*Susan J. White*

_____

Name:  Susan White

Date: 05 / 31 / 2026

## ADDENDUM A

Dear Client:

This letter confirms the terms and conditions on which Lake Forest Bankruptcy II, APC (hereinafter "the Firm") will provide legal services to the Client.  This written agreement is required by California Business and Professions Code §6148 for most attorney engagements, and is advisable to minimize the possibility of any misunderstanding between the Firm and its clients.

Please carefully read the terms and conditions under which the Firm is willing to act as your attorney and to represent your interests. If this agreement is acceptable to you, please sign the cover page and addendums of this document, where indicated, and return it to our offices.

By signing this document, you are entering into a legally binding contract that is binding on both you and the Firm.  This document informs you of the legal work we will and will not do on your case; verifies the financial cost; and verifies your knowledge and approval of all terms of the contract.

The terms and conditions of this agreement regarding legal services ("Agreement") are as follows:

## I. PARTIES TO AGREEMENT

The parties to the Agreement are Lake Forest Bankruptcy II, APC (the "Firm")
and:

Debtor:        Susan White

The Debtor will be referred to as "Client" or "you" throughout this contract.

## II. CONDITIONS

This **Agreement will not take effect**, and the Firm will **have no obligation** to
provide any legal services or perform any work for you, until you return a
signed copy of this agreement and pay the initial retainer required by the
agreement.

## III. SCOPE OF ENGAGEMENT AND SERVICES

The Client(s) retain the Firm for the purpose of representing them in a
Bankruptcy Case filed under Chapter 11 of the United States Code.

Upon filing the Firm must apply to the United States Bankruptcy Court for
approval of its employment in this matter. The Firm makes no guarantee that
such employment will be approved, but as of the time of this writing, our request
to be employed has never been rejected.

While the case is in Chapter 11, the Firm will charge its hourly rate for all
services provided. Periodically during the case, the Firm will apply to the court
to approve its costs and fees. Once those fees are approved by the court, the
Firm will request that the Clien t make payment within 15 days of presentaiton
of the Firm's invoice unless the Firm provides for additioanl time or
arrangements for the Client to make payment.

## IV. DUTIES OF CLIENT

You agree to:

1. Be truthful with us and to cooperate with our Firm;
2. Follow our instructions;
3. To keep us informed of developments that pertain to your finances,
   property or personal life as relevant to this case;
4. To abide by this Agreement; and
5. Keep us advised of your current address, telephone number, and
   whereabouts.

Further, prior to filing the petition, it is *your* responsibility to provide us with:

1. Copies of all documentation requested by us for these legal services;
2. All Fees for services as described in this agreement; and
3. Information in your possession that we request from you.

**Specific Duties in a Bankruptcy Case—failure to comply with the following will result in the dismissal of your case and/or the non-dischargability of the debts in your case (meaning you will still owe all your creditors):**

- **DUTY TO COMPLETE THE MANDATORY CREDIT COUNSELING AND DEBTOR EDUCATION COURSES:**

1. *Prior to receiving his or her discharge*, the debtor *must take and pass* **2 courses.**

- Credit Counseling Course prior to filing the petition; and
- Financial Management Course after filing the petition and prior to the 341(a) hearing.

2. The Client is advised and understands that the failure of the Client to complete these courses; sign a certificate of completion; and deliver said certificate to the Firm **may result in the inability to file the bankruptcy case or the closing of the Client's case by the court.**
3. **A closure of the case will require the Client, not the Firm, to *pay a case reopening fee*** to file the debtor education course completion certificate in addition to any legal fees incurred in accordance with this agreement or by separate agreement with the firm.
4. The Firm is not liable for the *Client's failure* to complete these courses and return the completion certificate to us in a timely manner. **THESE FEES ARE THE SOLE RESPONSIBILITY OF THE CLIENT.** The Firm will direct the Client to take these classes and inform them of their deadlines, but **FIRM IS NOT LIABLE FOR CLIENT (S) FAILURE TO PAY FOR AND COMPLETE THESE COURSES.** Courses may be taken on-line or by telephone.

- **DUTY TO AMEND THE PETITION FOR ADDITIONAL CREDITORS:**

1. Failure to list any creditors in a petition may be detrimental to your case, you must list all creditors to the best of your ability prior to filing the petition.
2. You agree to completely read through the completed bankruptcy petition prior to signing it and prior to the Firm filing it. It is your responsibility to notice any missing creditors.

Doc ID: 8a360f0bbfa72cf19e0ac60364ad010f2fbcfb56

3. If the Clint is unable to list a creditor prior to filing the bankruptcy petition, the Client agrees that they *will pay all required fees and supply the firm with any additional creditors by the time of the 341a hearing or prior to receipt of the bankruptcy discharge.*
4. The firm recommends that additional creditors, if any, are added to the petition at one time, but the firm is not responsible for the Client's requests to amend their petition in a piecemeal manner.

## V. FEES

The legal fees charged by this Firm will be listed on Addendum B. Addendum B is completed and incorporated into this Agreement prior to the filing of your petition. These fees do **not include the court filing fee(s)\*\***.

All fees paid by you to the Firm are earned upon an hourly basis as work is performed. Please note that this agreement is subject to the fee arbitration provisions of the California Bar.

*\*\* Court Filing Fees are subject to change by the U.S. Bankruptcy Court. The Firm cannot predict when the fees will change and client is liable for any increases in court costs.*

**30-DAY REQUIREMENT**: The Firm tries to prepare all cases for filing within 30 days of retention.

*The fee quoted by this FIRM EXPIRES IN 30 DAYS.*

The Firm imposes this deadline for the benefit of the Client in order to process and push forward the Client's case.

## CONVERSION OF A CHAPTER 11 CASE TO CHAPTER 13

If a Bankruptcy petition originally filed by the Client under Chapter 11 of the United States Code is later converted to Chapter 13 by the Client or other party or court, the Client understands that the Firm will request and expect payment of the above referenced Chapter 11 fees by way of application to the court of approval of the administrative fees.

## CONVERSION OF A CHAPTER 11 CASE TO CHAPTER 7

If a Bankruptcy petition originally filed by the Client under Chapter 11 of the United States Code is later converted to Chapter 7 by the Client or other party or court, the Client understands that the Firm will request and expect payment of $3,000.00 whether or whether not the full Chapter 11 fees referenced above have been paid by the Client, and before conversion of the matter to Chapter 7.

## WORK PERFORMED PRIOR TO FILING

After the Bankruptcy analysis, if the Client decides to not file for Bankruptcy protection, the Firm will charge for any hourly work performed by it on behalf of the client and at the client's request at a rate of $400.00 an hour.

## VI.      TERMINATION OF THE FIRM BY THE CLIENT

The Client shall have the right to terminate and discharge the Firm at any time. Any such termination or discharge of the Firm must be in writing (no text or phone calls). In such event, the Client authorizes the Firm to make and retain a duplicate of the Client's file. The Client further agrees to bear all reasonable costs of transferring the Client's file to any new counsel chosen by the Client.

## VII.     WITHDRAWAL FROM REPRESENTATION BY THE FIRM

The attorney-client relationship is one of mutual trust and confidence. If you have any questions at all about the provisions of this Agreement; we encourage our clients to inquire about any matter relating to this Agreement.

In addition, the Client agrees that the Firm may withdraw from representing the Client on written notice sufficient to enable the Client to retain new counsel. Without limitation, the Firm can withdraw as counsel: (1) if the Firm decides to cease the practice of law; (2) if evidence discloses that the Client's case is without legal merit; (3) if the Firm determines that it does not wish to further represent the Client; (4) if the Client does not reasonably cooperate with the Firm regarding the Client's case; (5) if the Client is in material breach of this Agreement; or (6) for any reason authorized by law or the California Rules of Professional Conduct.

## VIII.    DOCUMENT STORAGE POLICY

The Firm's policy with regard to documents at the conclusion of a matter is to maintain signature pages received from the Client for five years.  All other documents are forfeit upon receipt by the Firm. After five yars, all remaining documents in a file are destroyed and discarded. Accordingly, if there are any documents or papers you wish removed from your file at the conclusion of a matter, you must advise us in writing in order to ensure that the documents are not destroyed. In the event that, after the matter has been concluded, your files have been sent to off-site storage, the firm may request that you pay for the costs of retrieval of the files prior to any retrieval of your files.  The Client is responsible for any third party fees incurred in retrieving any previously filed documents.

## IX.    DISCLAIMER OF GUARANTEE

The Client understands that the Firm has made no representation or guarantee concerning the favorable termination of this matter or the favorable outcome of any legal proceedings (including any bankruptcy proceedings) that may be filed or defended on behalf of the Client.

## X.    VENUE

This Agreement has been executed, and is intended to be performed in the State of California, and governed by the laws of the State of California, and, to the extent applicable, federal bankruptcy law.

## XI.    NO PROMISES AND WARRANTIES

No promise, representation, or warranty has been made by or for the Firm in respect of this Agreement, except as set forth in this document. The Client acknowledges having had the opportunity to seek the advice of separate counsel with respect to this Agreement and Client has availed himself or herself of that opportunity to the extent that Client deemed appropriate.

## XII.    DISPUTE RESOLUTION

If any dispute arises between you and the Firm regarding our fees or services rendered in connection with this Agreement, such disputes shall be submitted to binding arbitration. Such a dispute would include any claim against the Firm for breach of contract, negligence, breach of fiduciary duty or other wrongdoing. The arbitration shall be conducted before the Orange County Bar Association. Neither party shall be entitled to attorney's fees.

## XIII.    MODIFICATION/INTEGRATION

No change or modification of this Agreement shall be effective until confirmed in a writing signed by the Firm and the Client that expressly refers to this Agreement. This document and Addendum B attached to this Agreement embody the entire agreement of the parties concerning the subject matter of this Agreement. There are no promises, terms, conditions, or obligations other than those contained in this Agreement and attached Exhibits shall supersede all previous communications, representations, or other agreements, either verbal or written, between the Firm and the Client.

## XIV.    METHOD OF COMMUNICATIONS

You authorize the firm to communicate with you and to send and receive confidential communications to you and from you via fax, email, and cellular

Doc ID: 8a360f0bbfa72cf19e0ac60364ad010f2fbcfb56

telephone, even though these methods of communication have been shown to have some risk in that unauthorized third parties can access them. Client further understands that the Firm will attempt to return all communications within 48 hours. Communications may be made to the Client by individuals authorized by the Firm, but do not have to be made by the Attorney.

**Client understands that the Firm makes no promises as to whether any communication made to us during the weekend will be returned until the next business day.**

**Sabbath Provision: Client underestands that the Firm will not communicate with the Client during the period of time from Friday at 5:00 P.M. until Sunday at 12:00 P.M. Any communication during this period of time does not waive this provision.**

We look forward to working with you and thank you once again for the opportunity to serve you.

## XV. PRIVACY POLICY

The following is an explanation of the Firm's privacy policy regarding your personal or financial information. The Firm may collect nonpublic personal or financial information about you, either from you directly or from an outside source, in the course of representing you as contemplated by this Agreement. The Firm will disclose any such nonpublic information only to individuals or entities as necessary to provide you with the legal services contemplated by this Agreement. Examples of such individuals or entities include members of the Firm's staff, the courts, authorized third parties, and may also include your accountant, your realtor, your insurance company, or any other individual duly authorized as your agent if you have given the Firm their names. The Firm does not disclose any such nonpublic information to anyone except as and to the extent necessary in the course of representing you as contemplated by this Agreement. If for any reason you do not want us to disclose any such nonpublic information to any person or entity, please so notify us in writing and designate the nonpublic information that you wish not to be disclosed.

## XVI. COUNTERPARTS, FACSIMILE SIGNATURES

This Agreement may be signed in counterpart. Facsimile signatures of the Firm and the Client shall be effective as original signatures.

## XVII. SEVERABILITY

If any portion of this Agreement is held by a court of competent jurisdiction to be invalid or otherwise unenforceable, the remaining provisions will remain

Doc ID: 8a360f0bbfa72cf19e0ac60364ad010f2fbcfb56

enforceable to the fullest extent permitted by law. Furthermore, to the fullest extent possible, the provisions of this Agreement (including each portion of this Agreement containing any provision held to be invalid or otherwise unenforceable, that is not itself invalid or unenforceable) will be construed so as to give effect to the intent manifested by the provision held invalid or unenforceable.

## XVIII.  TIME OF FILING

The Firm reserves the right to determine when the case will be filed.  The Firm's normal filing policy is to file all cases either on a Friday or Saturday via the court's electronic filing system-CM/ECF.  Unless otherwise specified by the Client on Addendum B attached hereto and incorporated herein by this reference, the Client agrees that the time of filing is at the discretion of the Firm.

## XIX.  DETERMINING VALUE OF COLLATERAL/HOME APPRAISALS AND ASSUMPTION OF RISK

The Firm recommends that <u>**whenever possible the Client retain and employ the usage of a professional appraisal of the value of personal or real property**</u> if determined by the Firm to be necessary for the benefit of the Client's case.  The *Client assumes all risk for their failure, refusal or decision to not use a professional appraisal* for personal or real property if the Firm has determined or recommended the usage of the same for the benefit of the Client's case.

When not determined by a professional appraiser the Firm will use the following values:

**Personal Property:**  The value stated by the Client for any personal property; or the value as determined by the Salvation Army by their suggested value for donated goods on their website.
**Vehicle Value:**  The highest retail value as determined by the Kelly Blue Book online version located at www.kbb.com.
**Home Value:**  The value determined by the website www.zillow.com.

DISAVOWAL OF RISK:  The Firm's disavows all risk for the final disposition of real property if the Client does not acquire an appraisal for such property prior to the filing of the case.

## XX.  INSURANCE

This Firm carries malpractice insurance.

## XXI.  CIRCULAR 230 DISCLOSURE

To ensure compliance with U.S. Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including any attachments, is not intended or written by us to be used, and cannot be used, by anyone for the purpose of avoiding federal tax penalties that may be imposed by the federal government or for promoting, marketing or recommending to another party any tax-related matters addressed herein.

## ADDENDUM B

## PREPETITION FEES:

The Firm requires a downpayment of retainer, receipt which is acknowledged at the time of this filing, ("Dowpayment") prior to starting work on this matter and before the case is filed in bankruptcy court.

The Client is paying for the following services:

Chapter 11 Services

Doc ID: 8a360f0bbfa72cf19e0ac60364ad010f2fbcfb56

**✖ Dropbox** Sign

**Audit trail**

| | |
|---|---|
| **Title** | 2020 Mar15 Chapter 11 Fee Agreement (Susan J. White).pdf |
| **File name** | 2020MAR15_CHAPTER...n_J._White%29.pdf |
| **Document ID** | 8a360f0bbfa72cf19e0ac60364ad010f2fbcfb56 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ◎ Signed |

**This document was requested on lakeforestbankruptcy.cliogrow.com and signed on lakeforestbankruptcy.cliogrow.com**

## Document History

| | | |
|---|---|---|
| ⟲ **SENT** | **05 / 29 / 2026** 21:52:24 UTC | Sent for signature to Susan J. White (sjwhite7@yahoo.com) by services@clio.com acting on behalf of avaesq@lakeforestbkoffice.com IP: 208.53.118.105 |
| ◎ **VIEWED** | **06 / 01 / 2026** 04:09:59 UTC | Viewed by Susan J. White (sjwhite7@yahoo.com) IP: 68.4.50.207 |
| ⌇ **SIGNED** | **06 / 01 / 2026** 04:11:21 UTC | Signed by Susan J. White (sjwhite7@yahoo.com) IP: 68.4.50.207 |
| ✅ **COMPLETED** | **06 / 01 / 2026** 04:11:21 UTC | The document has been completed. |

Powered by ✖ **Dropbox** Sign

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

26632 Towne Centre Drive #300, Foothill Ranch, CA 92610

A true and correct copy of the foregoing document entitled (*specify*):

Motion to Employ

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___**06/15/2026**___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman aaltman@ecf.courtdrive.com, lakeforestbankruptcy@jubileebk.net
Kenneth Misken Kenneth.M.Misken@usdoj.gov
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**

On (*date*) ___**06/15/2026**___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___**06/15/2026**___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/15/2026 | Anerio Ventura Altman, Esq. | /s/ Anerio Ventura Altman, Esq. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-8
Case 8:26-bk-11720-SC
Central District of California
Santa Ana
Mon Jun 15 11:27:23 PDT 2026

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Charles Schwab
PO Box 5050
Richfield, OH 44286-5050

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

Equifax
Po Box 105281
Atlanta, GA 30348-5281

Experian
P.O. Box 9530
Allen, TX 75013

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Franchise Tax Board
PERSONAL BANKRUPTCY MS A340
PO BOX 2952
Sacramento, CA 95812-2952

Franchise Tax Board
Personal Bankruptcy MS A340
PO Box 942867
Sacramento, CA 94267-0001

Frieda Baldwin
13432 2nd Street
Hope, ND 58046-9049

Gilligan Frisco & Trutanich, LLP
One World Trade Center Suite 1740
Long Beach, CA 90831-0002

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jianfeng Le
16 Boulder View
Irvine, CA 92603-0410

Law Office of Hollie A. Lemkin
Law Office of John Teal
23 Corporate Plaza Dr #150
Newport Beach, CA 92660-7908

Nordstrom Signature Visa
Colorado Service Center
PO Box 6555
Englewood, CO 80155-6555

The UPS Store
25422 Trabuco Road 105
Lake Forest, CA 92630-2798

Transunion
Transunion Customer Solutions
Po Box 2000
Chester, PA 19016-2000

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Nerio V Altman
Lake Forest Bankruptcy II, APC
26632 Towne Centre Dr #300
Foothill Ranch, CA 92610-2814

Susan Jo White
10 Snowberry Lake
Lake Forest, CA 92630-8383

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients    19
Bypassed recipients     1
Total                  20