Lake Forest Bankruptcy II, APC
Anerio V. Altman, Esq. #228445
avaesq@lakeforestbkoffice.com
Jay Chien, Esq. #251343
attorneyjkc@gmail.com
26632 Towne Centre Drive #300
Foothill Ranch, CA 92610
Phone and Fax:  (949) 218-2002
Proposed Attorneys for Debtor and Debtor-In Possession,
SUSAN JO WHITE

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No: 8:26-bk-11720-SC |
| SUSAN JO WHITE | Chapter 11 |
|      Debtor and<br>     Debtor-in-Possession. | **STATUS REPORT #1; DECLARATION OF SUSAN JO WHITE**<br><br>**JUDGE**<br>HON. SCOTT C. CLARKSON<br><br>**HEARING:**<br>DATE:  JULY 29, 2026<br>TIME:  1:30 P.M.<br>COURTROOM:  5C |

///

///

///

STATUS REPORT

**DEBTOR and DEBTOR-IN-POSSESSION SUSAN JO WHITE** ("Debtor") provides her status report #1 in advance of the Status Conference set for July 29, 2026 at 1:30 P.M.

## I.      EVENTS THAT LED TO THE BANKRUPTCY FILING

This current case has been filed because the Debtor can discharge a significant amount of tax debt and needs relief from the current garnishments she is having to endure.  This case is not about one creditor.  This is a case about reorganizing a hard working woman's life.

Both the Franchise Tax Board and Creditor Hollie Lemkin are garnishing the Debtor's wages making it impossible to pay her regular household expenses going forward.  Further, the Debtor can discharge close to a half a million dollars in tax obligations since the Internal Revenue Service and Franchise Tax Board have released their tax liens.  Finally, the Debtor seeks to discharge Creditor Hollie Lemkin's obligation by having this court determine that the debt owed to Ms. Lemkin is dischargeable.

Susan Jo White is an individual single mother of two teenagers living in Lake Forest, California.  She has worked technology sales for many years.  Currently she is employed as an account executive at OT Technology, Inc.  Historically her income, derived from sales, hovers between $200,000 and $240,000 a year.

Several years ago, she became embroiled in a divorce proceeding.  The results of that proceeding were not favorable.  She consulted counsel regarding a possible malpractice claim against her counsel Creditor Hollie Lemkin.  That attorney informed her that she had a more than decent case to bring against Ms. Lemkin.  As a result of relying upon that advice, she filed a malpractice suit against attorney Hollie Lemkin.  She lost that case and became liable to Ms. Lemkin in a combined total, as of today, of several hundred thousand dollars.

The Debtor was burdened with a history of tax obligations that were far from inconsequential.  Although she did, and continues to, file her tax returns timely, she owed taxes which she had not been paying to pay her legal fees.  These tax obligations had been building over the past five or more years.  She owes approximately $500,000 in tax liabilities divided between secured, unsecured and priority taxes.

Deep in debt from her family law, malpractice suits, and facing significant repercussions from

her tax liabilities, she attempted to file her initial bankruptcy matter.  Receiving erroneous and misguided information, even though she filed in Orange County, she filed her case with counsel in the Southern District of California on April 8, 2021.  This case was docketed as 3:21-bk-01414.  Counsel had convinced her to file in that district because she was told that venue can be waived if challenged and her Counsel was more comfortable with San Diego Bankruptcy Judges.  Creditor Hollie Lemkin successfully challenged Venue and the case was transferred to Orange County[1] on August 23, 2021 and docketed as 8:21-bk-12064.

In Orange County her case was again challenged by Hollie Lemkin on the grounds that it was an abuse of the bankruptcy code because the case could not pass the "means test".  Docket #69 on November 29, 2021 in 8:21-bk-12064.  The major issue int his dispute concerned the nature of the Debtor's debt.  The petition asserted that most of Ms. White's debt was non-consumer in nature and thus the "means test" did not apply and no form 122A was filed.  Ms. Lemkin asserted that most of the Debtor's debt was consumer in nature and she needed to fill out the correct forms, and upon filing those out she would not be eligible for Chapter 7.  In front of the Honorable Judge Erith Smith, Ms. Lemkin prevailed and Ms. White was given the choice of filling out the means test forms and converting to Chapter 11 within 30 days or face dismissal of the case.  Id, Docket 89, February 28, 2022.  No conversion was filed and the case was ultimately dismissed on February 28, 2022.

Again, on the advice of the same counsel, Ms. White filed another bankruptcy case in Orange County on April 18, 2022.  Docket #1, 8:22-bk-10652.  Ms. White attempted to continue the automatic stay past the initial 30 days and was unable to do so as the court found that there had been an isufficient change in circumstances.  Id, Docket #31 on May 25, 2022.  Shortly over a month after the initial filing of the case, she substituted in new counsel, Anerio V. Altman, who is her counsel today.  Id, Docket #32, May 26, 2022.  Within four months of that initial filing, working with new counsel, Ms. White stipulated with the United States Trustee to dismiss the matter on September 9, 2022.  Id, Docket #82, September 9, 2022.  Hollie Lemkin opposed this dismissal.  The court set it for hearing and it was dismissed on October 20, 2022 with a stipulated 180 day ban on refiling.  Id,

[1] It should be noted that she only filed bankruptcy three times previously, even though she is listed on Pacer as having filed four times.  Her first case was the San Diego matter which was transferred and given a new case number in the Central District.

STATUS REPORT

Docket #105.

On January 25, 2024, she filed her third case which was docketed as 8:24-bk-10187-SC. Docket #1, 8:24-bk-10187-SC.  Hollie Lemkin again challenged this case as being improper under 11 U.S.C. Sec. 707(b)(3) and arguing that the Debtor should be in Chapter 13 or 11.  Id, Docket #34. Briefs were filed and the court ultimately dismissed this matter with a one-year bar on refiling[2] on April 2, 2025.

While she has had multiple filings, the following observations should be drawn by the court:

First, she appeared at all hearings in all cases and provided all reasonable documentation requested of her of all Chapter 7 Trustees, United States Trustee and Creditor Hollie Lemkin.  While she has not always agreed with other parties, she did not hinder the court's process.

Second, the disputes in all three prior cases concerned her ability to file a Chapter 7 matter under 707(b)(2) and (b)(3).  In all prior cases, she was encouraged to file as either a Chapter 11 or Chapter 13 case instead.  (See E.G. Docket #89 in 8:21-bk-12064) She is not eligible for relief under Chapter 13, and so files this as a Chapter 11 as directed by prior courts.

Third, the three Chapter 7 Trustees appointed found no assets to administer in any cases. Trustee Naylor, Casey and Golden all determined the matters to be no-asset cases following the respective 341a hearings.  Therefore, the only way creditors can be paid in this matter is if she proposes a plan of repayment.

She was directed to file a case as a Chapter 11 and has finally done so.

**II.    CHANGES IN CIRCUMSTANCES FROM PRIOR FILINGS**

This case has the greatest likelihood of success as a reorganization than that of the prior matters due to a change of circumstance.

The Debtor was facing a nigh impossible task of having to pay nearly a half a million dollars in tax liens in all her prior matters.  This mandated a plan payment that exceeded anything the Debtor could realistically address within the term of the plan.  Further, her income was good, but not always stable at the time.

---

[2] While there is no question that the court dismissed this case at least from the bench with a one year bar, there does not appear to be an order substantiating the same on the docket.

Now her income is as stable as anyone in sales could hope.  This case was initially filed *expecting* that those liens were going to have to be paid by some sort of surrender of the Debtor's retirement assets which were attached by these liens, but were otherwise exempt.  Further payment would be made from her income.

Things changed in this filing.  The IRS and the Franchise Tax Board both promptly filed their Proof of Claims demonstrating that they were now wholly unsecured, the Franchise Tax Board retaining only a small, and easily payable secured claim.  Further the taxes are now almost completely non-priority based upon the IRS's and FTB's proof of claim.  This allows the Debtor the opportunity to put all her creditors, most of which are now unsecured, into a payment plan.

**III.    STATUS OF THE DEBTOR'S POST-PETITION OPERATIONS AND ITS MAJOR ASSETS AND LIABILITIES**

The Debtor has been employed for the entire six months prior to July 2026[3] and for many years before that.  Based upon the last six months specifically, the Debtor makes the following statements:

The Debtor earned Gross Pay of $256,528.78 in this time.  Her Net Pay in that time was $101,244.41.  Post-tax deductions totaled $52,677.44, including $36,039.41 in creditor garnishments and $7,086.63 in state tax levies. See Exhibit 1.  The breakdown of her tax, pre and post petition deductions is also attached. Exhibit 2.

She has attached her pre-confirmation budget based on her Schedule I & J. Exhibit 3.  Her income jumped considerably in June 2026 which is not reflected in these Schedules since it was earned post-petition. Id.  From January through May 2026, her average net pay was approximately $10,955 which is less than that reflected in Schedule I.  However, in June 2026, her net income went up to $46,464.  This change does not reflect a permanent increase and instead reflects vacillation in her sales income.  Nevertheless, she does enjoy these periodic bumps.

Her budget proposed going forward utilizes those values and expenses enumerated in Schedule I & J.  This budget is for *pre-confirmation* purposes only.  A post-confirmation budget will

---

[3] Note that this is greater than that amount listed in the "look back" period and includes one month of post-petition activity.

accompany the Disclosure Statement and Plan and will demonstrate the proposed payments to be made to creditors from her bonuses and from deductions in current expenses.

Her liabilities consist of the following, and reflect changes as created by the filing of some proofs of claim in this matter:

*Secured Claims:*

Charles Schwab:  This entity has a claim for $38,566 which is being paid through the Debtor's payroll as a 401K Loan repayment.

The Proofs of Claim filed by the Internal Revenue Service and Franchise Tax Board reflect a massive change in the tax liens for both entities being released from the Debtor's retirement proceeds. Previously there were approximately $500,000 in tax liens that would have needed to be paid in full during a Chapter 11 matter.  This is no longer the case[4].

*Priority Claims:*

Internal Revenue Service:  This entity has a priority claim for $15,996.68 per its proof of claim.  This is a drastic drop from its prior claims filed in her previous cases.

Franchise Tax Board:  This entity has a priority claim for $1,786.69.  This is a drastic drop from its prior claims filed in her previous cases.

*General Unsecured Claims:*

Adjusting for the Debtor's tax obligations to have become unsecured, the Debtor's approximately unsecured debt total is approximately $1,000,000.  The Debtor will amend her schedules shortly.

**IV.    STATUS OF THE DEBTOR'S PRE-PETITION AND POST-PETITION LITIGATION**

Pre-petition, the Debtor was subject to judgment enforcement of Creditor Hollie Lemkin. There were no other legal proceedings.

Post-petition the Debtor intends to file two adversary proceedings.  The first is an avoidance

---

[4] The schedules reflect these claims as secured because they were believed to be secured due to tolling effects of multiple bankruptcy cases being filed within the 10 year period in which such tax liens would normally terminate.

action against Hollie Lemkin for pre-petition garnishments.  The second is a complaint to determine the dischargeability of a debt as against Hollie Lemkin's obligation.

### V.    POTENTIAL AVOIDANCE ACTIONS

Creditor Hollie Lemkin garnished around $8,000 within 90 days pre-petition that would be recoverable under 11 U.S.C. Sec. 547.  The Debtor will seek to have this amount returned.

### VI.    RETENTION OF COUNSEL

The only attorney to be employed by the Debtor is Anerio V. Altman, Esq. of Lake Forest Bankruptcy II, APC.  Mr. Altman has represented Ms. White in two other matters.  That motion was filed on June 15, 2026 and no oppositions have been filed.  A Declaration Re Non-Opposition is pending.

### VII.    OTHER PROFESSIONALS

No other professionals are expected to be employed.

### VIII.   DUTIES UNDER 11 U.S.C. Sec. 521, 1106 and 1107

The Debtor is current on all her duties under 11 U.S.C. Sec. 521, 1106 and 1107.  The petition was filed on May 31, 2026.  There are no pending deficiencies.  The first Monthly Operating Report is due July 21, 2026.  The Debtor attended her Initial Debtor Interview and 341a Hearing.  A 7 day package was sent to the United States Trustee and any "stragglers" to that petition are being addressed.  No quarterly payment has come due.

### IX.    SMALL BUSINESS CASE

This is not a small business case.

### X.    SINGLE ASSET REAL ESTATE CASE

This is not a single asset real estate case.

### XI.    PROPOSED DEADLINE FOR DISCLOSURE STATEMENT AND PLAN

The Debtor proposes November 1, 2026 for the filing of a Disclosure Statement and Plan.

### XII.    PROPOSED DEADLINE FOR FILING PROOFS OF CLAIMS

The Debtor proposes October 1, 2026 for the filing of all proofs of claim.

### XIII.   PROPOSED DEADLINE FOR FILING OBJECTIONS TO CLAIMS

The Debtor proposes December 1, 2026 for the filing of any objection to claims.

STATUS REPORT

## XIV.   PROPOSED DEADLINE TO FILE AVOIDANCE ACTIONS

The Debtor proposes December 1, 2026 for the filing of any avoidance actions.

DATED: July 15, 2026                    **LAKE FOREST BANKRUPTCY**


By:  /s/ Anerio V. Altman
     Anerio V. Altman
     Proposed Attorneys for Debtor and Debtor-In-Possession,
     SUSAN JO WHITE

## DECLARATION OF SUSAN JO WHITE

I, SUSAN JO WHITE, declare as follows :

1. I am over the age of 18 years old and I am legally able and competent to testify to the following.

2. I am the Debtor-in-Possession in this proceeding.

3. I have read this document and the contents herein are true and correct as to my own knowledge.

4. I have not filed this case to abuse the bankruptcy code. I approach this court in good faith. I owe close to half a million dollars in dischargeable tax obligations. Whether I can discharge Hollie Lemkin's debt, there is a cognizable benefit to my exercise of my right to file bankruptcy and discharge these tax obligations.

5. Further, I wish to have a determination by this court that Hollie Lemkin's debt is dischargeable. The State Court did not make any finding that is binding upon this court that my debt I owe her could not be discharged.

6. The documents attached as Exhibits 1 and 2 were created by me and reflect the information provided to me by my employer through the paystubs I received from them and my own knowledge.

7. Exhibit 3 consists of true and correct copies of my Schedule I and J that I filed in this matter.

8. I make these declarations under penalty of perjury of the laws of the United States and know that they are true.

Dated : July 15, 2026                    Signed : _Susan J White_
                                                  SUSAN JO WHITE

EXHIBITS

**EXHIBIT 1**

## Susan White Payslip Summary: January through June 2026

| Employee | Susan White | Total Gross Pay | $256,528.78 |
|---|---|---|---|
| Company | OT Technology, Inc | Total Net Pay | $101,244.41 |
| Period | January 1, 2026 through June 30, 2026 | Total Employee Taxes | $74,826.61 |
| Payslips Included | 17 | Total Pretax Deductions | $27,780.32 |
| First Check Date | 01/15/2026 | Total Post-Tax Deductions | $52,677.44 |
| Last Check Date | 06/30/2026 | Total Garnishment + Levy | $43,126.04 |

| Month | Gross Pay | Commission | Employee Taxes | Federal Tax | State Tax | Medicare | OASDI | CA SDI | 401(k) | Medical | Healthcare FSA | Garnishment | State Tax Levy | 401(k) Loan | Other Insurance | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January 2026 | $13,750.00 | $0.00 | $2,908.51 | $1,185.24 | $528.68 | $193.19 | $826.07 | $175.33 | $1,664.46 | $247.78 | $283.34 | $2,168.30 | $0.00 | $1,230.60 | $376.90 | $4,870.11 |
| February 2026 | $22,000.00 | $8,250.00 | $5,723.24 | $2,782.44 | $1,007.84 | $312.82 | $1,337.57 | $282.57 | $2,654.46 | $247.78 | $283.34 | $3,255.35 | $0.00 | $1,230.60 | $376.90 | $8,228.33 |
| March 2026 | $16,800.94 | $3,050.94 | $3,949.42 | $1,775.90 | $705.88 | $237.43 | $1,015.22 | $214.99 | $2,030.58 | $247.78 | $283.34 | $2,269.27 | $0.00 | $1,230.60 | $376.90 | $6,413.05 |
| April 2026 | $44,381.00 | $30,631.00 | $13,359.20 | $7,115.40 | $2,307.73 | $637.35 | $2,725.19 | $573.53 | $5,340.18 | $247.78 | $283.34 | $6,204.36 | $1,551.10 | $1,230.60 | $376.90 | $15,787.54 |
| May 2026 | $54,253.22 | $40,503.22 | $16,727.40 | $9,026.66 | $2,881.11 | $780.49 | $3,337.27 | $701.87 | $6,524.85 | $247.78 | $283.34 | $7,505.17 | $1,876.29 | $1,230.60 | $376.90 | $19,480.89 |
| June 2026 | $105,343.62 | $91,593.62 | $32,158.84 | $20,319.21 | $6,268.87 | $2,007.04 | $2,197.68 | $1,366.04 | $6,285.47 | $247.78 | $283.34 | $14,636.96 | $3,659.24 | $1,230.60 | $376.90 | $46,464.49 |
| 6-Month Total | $256,528.78 | $174,028.78 | $74,826.61 | $42,204.85 | $13,700.11 | $4,168.32 | $11,439.00 | $3,314.33 | $24,500.00 | $1,486.68 | $1,700.04 | $36,039.41 | $7,086.63 | $7,383.60 | $2,261.40 | $101,244.41 |
| 6-Month Average | $42,754.80 | $29,004.80 | $12,471.10 | $7,034.14 | $2,283.35 | $694.72 | $1,906.50 | $552.39 | $4,083.33 | $247.78 | $283.34 | $6,006.57 | $1,181.11 | $1,230.60 | $376.90 | $16,874.07 |

### Monthly Gross Pay and Commission

### Monthly Net Pay

EXHIBIT 2

## Six-Month Category Totals

| Group | Category | Six-Month Total | % of Gross Pay | 6 month avg |
|---|---|---|---|---|
| Taxes | OASDI | $11,439.00 | 4.46% | $1,906.50 |
| Taxes | Medicare | $4,168.32 | 1.62% | $694.72 |
| Taxes | Federal Withholding | $42,204.85 | 16.45% | $7,034.14 |
| Taxes | State Tax - CA | $13,700.11 | 5.34% | $2,283.35 |
| Taxes | CA SDI | $3,314.33 | 1.29% | $552.39 |
| Pretax Deductions | 401(k) Bonus/Commission | $14,513.24 | 5.66% | $2,418.87 |
| Pretax Deductions | 401(k) | $9,986.76 | 3.89% | $1,664.46 |
| Pretax Deductions | Dental Pretax | $86.52 | 0.03% | $14.42 |
| Pretax Deductions | Healthcare FSA | $1,700.04 | 0.66% | $283.34 |
| Pretax Deductions | Medical Pretax | $1,486.68 | 0.58% | $247.78 |
| Pretax Deductions | Vision Pretax | $7.08 | 0.00% | $1.18 |
| Post-Tax Deductions | Creditor Garnishment | $36,039.41 | 14.05% | $6,006.57 |
| Post-Tax Deductions | State Tax Levy | $7,086.63 | 2.76% | $1,181.11 |
| Post-Tax Deductions | 401(k) Loan Repayment | $7,383.60 | 2.88% | $1,230.60 |
| Post-Tax Deductions | Accident Insurance | $110.88 | 0.04% | $18.48 |
| Post-Tax Deductions | Critical Illness | $235.20 | 0.09% | $39.20 |
| Post-Tax Deductions | AD&D Child | $1.56 | 0.00% | $0.26 |
| Post-Tax Deductions | Child Life | $12.48 | 0.00% | $2.08 |
| Post-Tax Deductions | Supplemental AD&D | $75.00 | 0.03% | $12.50 |
| Post-Tax Deductions | Supplemental Life | $1,629.00 | 0.64% | $271.50 |
| Post-Tax Deductions | Hospital Indemnity | $103.68 | 0.04% | $17.28 |

EXHIBIT 3

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Susan** | **Jo** | **White** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central** District of **California**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | Account Executive | N/A |
| **Employer's name** | | OT Technology, Inc. | |
| **Employer's address** | | 505 Nangier Avenue<br>Number Street | Number Street |
| | | Atlanta, GA 30308<br>City State ZIP Code | City State ZIP Code |
| **How long employed there?** | | 1 year 6 months | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $13,750.00 | |
| 3. **Estimate and list monthly overtime pay.** | 3. + | $0.00 | + |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $13,750.00 | |

Official Form 106I **Schedule I: Your Income** page **1**

| Debtor 1 | **Susan** | **Jo** | **White** | | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here............................................................... ➔ 4. | $13,750.00 | |
| 5. | **List all payroll deductions:** | | |
| 5a. | **Tax, Medicare, and Social Security deductions** 5a. | $1,907.12 | |
| 5b. | **Mandatory contributions for retirement plans** 5b. | $0.00 | |
| 5c. | **Voluntary contributions for retirement plans** 5c. | $1,664.46 | |
| 5d. | **Required repayments of retirement fund loans** 5d. | $1,230.60 | |
| 5e. | **Insurance** 5e. | $1,892.14 | |
| 5f. | **Domestic support obligations** 5f. | $0.00 | |
| 5g. | **Union dues** 5g. | $0.00 | |
| 5h. | **Other deductions.** Specify: **Hospital Indemnity** 5h. + | $17.28 + | |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. 6. | $6,711.60 | |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. | $7,038.40 | |
| 8. | **List all other income regularly received:** | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. 8a. | $0.00 | |
| 8b. | **Interest and dividends** 8b. | $0.00 | |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. 8c. | $941.00 | |
| 8d. | **Unemployment compensation** 8d. | $0.00 | |
| 8e. | **Social Security** 8e. | $0.00 | |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ 8f. | $0.00 | |
| 8g. | **Pension or retirement income** 8g. | $0.00 | |
| 8h. | **Other monthly income.** Specify: **Averaged Net Commissions from Employment** 8h. + | $4,000.00 + | |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. 9. | $4,941.00 | |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. | $11,979.40 + | = $11,979.40 |

Debtor 1    **Susan**            **Jo**            **White**            Case number *(if known)* _____
   First Name   Middle Name   Last Name

---

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____  11. **+**  _____**$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies  12. | **$11,979.40** |

                                  **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

 ☐ No.

 ☑ Yes. Explain: | **The Debtor earns a base gross income of approximately $165,000 a year and makes sufficient bonuses to increase her gross income to approximately $240,000 a year. Her net income includes commissions which increase her monthly take home from an average of $3,000 to $5,000 a month. For example, as of this filing, she is entitled to $40,000 in gross comissions of which she is likely to take home at least $20,000.** |

---

Official Form 106I         **Schedule I: Your Income**         page **3**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Susan**                **Jo**              **White** |
| | First Name              Middle Name              Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name              Middle Name              Last Name |
| United States Bankruptcy Court for the: | **Central District of California** |
| Case number (if known) | |

Check if this is:

❑ An amended filing

❑ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☑ No. Go to line 2.

    ❑ Yes. **Does Debtor 2 live in a separate household?**

    　　❑ No

    　　❑ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2.  **Do you have dependents?**

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents' names.

    ❑ No

    ☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Child** | **18** | ❑ No.  ☑ Yes. |
| **Child** | **15** | ❑ No.  ☑ Yes. |
| | | ❑ No.  ❑ Yes. |
| | | ❑ No.  ❑ Yes. |
| | | ❑ No.  ❑ Yes. |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

    ☑ No

    ❑ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$5,400.00** |
| **If not included in line 4:** | | |
| 4a.  Real estate taxes | 4a. | **$0.00** |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | **$50.83** |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | **$175.00** |
| 4d.  Homeowner's association or condominium dues | 4d. | **$0.00** |

| Debtor 1 | **Susan** | **Jo** | **White** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | **Your expenses** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | $453.38 |
| | 6b.  Water, sewer, garbage collection | 6b. | $251.17 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $668.15 |
| | 6d.  Other. Specify: _____ | 6d. | $0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $1,200.00 |
| 8. | **Childcare and children's education costs** | 8. | $218.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $276.00 |
| 10. | **Personal care products and services** | 10. | $1,000.00 |
| 11. | **Medical and dental expenses** | 11. | $189.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $424.49 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $101.93 |
| | 15b. Health insurance | 15b. | $0.00 |
| | 15c. Vehicle insurance | 15c. | $576.29 |
| | 15d. Other insurance. Specify: _____ | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1  **2023 Hyundai Elantra** | 17a. | $500.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $0.00 |
| | 17c. Other. Specify:  **See Additional Page** | 17c. | $281.89 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | $0.00 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

Debtor 1    **Susan**          **Jo**          **White**                                      Case number *(if known)* _____

First Name          Middle Name          Last Name

---

21.  **Other.** Specify: _____          21.   **+** _____ **$0.00**

22.  **Calculate your monthly expenses.**

22a. Add lines 4 through 21.          22a.   _____ **$11,766.13**

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2          22b.   _____ **$0.00**

22c. Add line 22a and 22b. The result is your monthly expenses.          22c.   _____ **$11,766.13**

23.  **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from *Schedule I.*          23a.   _____ **$11,979.40**

23b. Copy your monthly expenses from line 22c above.          23b.   **–** _____ **$11,766.13**

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*          23c.   _____ **$213.27**

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.

---

Debtor 1    **Susan**      **Jo**      **White**        Case number *(if known)* _____

      First Name       Middle Name       Last Name

| | Amount |
|---|---|
| 6a. **Electricity, heat, natural gas** | |
| SCE | $423.69 |
| Gas | $29.69 |
| 6b. **Water, sewer, garbage collection** | |
| Garbage | $140.43 |
| Water Sewer | $110.74 |
| 17c. **Other Installment Payments** | |
| Been Verified | $26.89 |
| 529 Plans | $150.00 |
| License | $105.00 |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

26632 Towne Centre Drive #300, Foothill Ranch, CA 92610

A true and correct copy of the foregoing document entitled (*specify*):

Status Conference Report

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

### 1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):</u> Pursuant to controlling General Orders
and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __07/16/2026__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman aaltman@ecf.courtdrive.com, lakeforestbankruptcy@jubileebk.net
Kenneth Misken Kenneth.M.Misken@usdoj.gov
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

### 2. SERVED BY UNITED STATES MAIL:
On (*date*) __07/16/2026__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☑ Service information continued on attached page

### 3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> (state method
<u>for each person or entity served):</u> Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __07/16/2026__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/16/2026 | Anerio Ventura Altman, Esq. | /s/ Anerio Ventura Altman, Esq. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-8
Case 8:26-bk-11720-SC
Central District of California
Santa Ana
Wed Jul 15 17:49:09 PDT 2026

Law Offices of Hollie A. Lemkin, APC
3090 Bristol Street #400
Costa Mesa, CA 92626-3063

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Charles Schwab
PO Box 5050
Richfield, OH 44286-5050

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
S Louis, MO 63179-0040

Equifax
Po Box 105281
Atlanta, GA 30348-5281

Experian
P.O. Box 9530
Allen, TX 75013

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Franchise Tax Board
PERSONAL BANKRUPTCY MS A340
PO BOX 2952
Sacramento, CA 95812-2952

Franchise Tax Board
Personal Bankruptcy MS A340
PO Box 942867
Sacramento, CA 94267-0001

Frieda Baldwin
13432 2nd Street
Hope, ND 58046-9049

Gilligan Frisco & Trutanich, LLP
One World Trade Center Suite 1740
Long Beach, CA 90831-0002

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jianfeng Le
26 Boulder View
Irvine, CA 92603-0410

Law Office of Hollie A. Lemkin
Law Office of John Teal
23 Corporate Plaza Dr #150
Newport Beach, CA 92660-7908

Law Office of Hollie A. Lemkin
Law Offices of Hollie A. Lemkin
600 Anton Boulevard 640
Costa Mesa, CA 92626-7693

Nexus Bankruptcy
3090 Bristol Street 400
Costa Mesa, CA 92626-3063

Nordstrom Signature Visa
Colorado Service Center
PO Box 6555
Englewood, CO 80155-6555

The UPS Store
25422 Trabuco Road 105
Lake Forest, CA 92630-2798

Transunion
Transunion Customer Solutions
Po Box 2000
Chester, PA 19016-2000

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Anerio V Altman
Lake Forest Bankruptcy II, APC
26632 Towne Centre Dr #300
Foothill Ranch, CA 92610-2814

Susan Jo White
10 Snowberry Lake
Lake Forest, CA 92630-8383

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients    22
Bypassed recipients     1
Total                  23