Lake Forest Bankruptcy II, APC
Anerio V. Altman, Esq. #228445
avaesq@lakeforestbkoffice.com
Jay Chien, Esq. #251343
attorneyjkc@gmail.com
26632 Towne Centre Drive #300
Foothill Ranch, CA 92610
Phone and Fax:  (949) 218-2002
Proposed Attorneys for Debtor and Debtor-In Possession,
SUSAN JO WHITE

FILED & ENTERED

JUL 28 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

SUSAN JO WHITE

        Debtor and
        Debtor-in-Possession.

Case No: 8:26-bk-11720-SC

Chapter 11

**ORDER ON MOTION TO EMPLOY**

**NO HEARING HELD**

///

///

///

1

On June 15, 2026, SUSAN JO WHITE filed an Application to Employ Anerio V. Altman, Esq. of Lake Forest Bankruptcy II, APC along with a Statement of Disinterestedness.  That motion was filed and served pursuant to LRBP 2014-1.  No opposition was filed to that application.

Based upon the moving papers, and good cause shown,

IT IS ORDERED:

1.  Anerio V. Altman, Esq. of Lake Forest Bankruptcy II, APC is employed as General Bankruptcy Counsel as of May 31, 2026; and

2.  Anerio V. Altman, Esq. may seek compensation as appropriate under 11 U.S.C. Sec. 330.

###

Date: July 28, 2026

Scott C. Clarkson
United States Bankruptcy Judge