United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 26-11720-SC |
| Susan Jo White | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 28, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Jo White, 10 Snowberry Lake, Lake Forest, CA 92630-8383 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anerio V Altman | on behalf of Debtor Susan Jo White aaltman@ecf.courtdrive.com  lakeforestbankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Creditor Law Offices of Hollie A. Lemkin  APC bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Kenneth Misken | on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 4

Lake Forest Bankruptcy II, APC
Anerio V. Altman, Esq. #228445
avaesq@lakeforestbkoffice.com
Jay Chien, Esq. #251343
attorneyjkc@gmail.com
26632 Towne Centre Drive #300
Foothill Ranch, CA 92610
Phone and Fax: (949) 218-2002
Proposed Attorneys for Debtor and Debtor-In Possession,
SUSAN JO WHITE

FILED & ENTERED

JUL 28 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

SUSAN JO WHITE

    Debtor and
    Debtor-in-Possession.

Case No: 8:26-bk-11720-SC

Chapter 11

**ORDER ON MOTION TO EMPLOY**

**<u>NO HEARING HELD</u>**

///

///

///

1

On June 15, 2026, SUSAN JO WHITE filed an Application to Employ Anerio V. Altman, Esq. of Lake Forest Bankruptcy II, APC along with a Statement of Disinterestedness.  That motion was filed and served pursuant to LRBP 2014-1.  No opposition was filed to that application.

Based upon the moving papers, and good cause shown,

IT IS ORDERED:

1.  Anerio V. Altman, Esq. of Lake Forest Bankruptcy II, APC is employed as General Bankruptcy Counsel as of May 31, 2026; and

2.  Anerio V. Altman, Esq. may seek compensation as appropriate under 11 U.S.C. Sec. 330.

### 

Date: July 28, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2