FILED & ENTERED

AUG 04 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re: | Case No.: 8:26-bk-11720-SC |
|---|---|
| Susan Jo White, | CHAPTER 11 |
| Debtor(s). | **ORDER (1) CONTINUING HEARING RE: MOTION TO DISMISS CHAPTER 11 CASE FOR BAD FAITH AND TO IMPOSE A TWO OR MORE YEAR REFILING BAR [DK. 18] AND (2) CONTINUING STATUS CONFERENCE** |
| | Vacated hearings:<br>Date:        August 5, 2026<br>Time:        1:30 PM<br>Courtroom:  5C |

The Court has reviewed the *Motion to Dismiss Chapter 11 Case for Bad Faith and to Impose a Two or More Year Refiling Bar* filed July 15, 2026 [Dk. 18] ("Motion"), the Opposition filed July 22, 2026 [Dk. 24], and Reply filed July 29, 2026 [Dk. 27] and the docket as a whole, and finds good cause to CONTINUE the August 5, 2026, hearing on the Motion to September 2, 2026, at 1:30 p.m. No further pleadings pertaining to the Motion may be filed.

-1-

The August 5, 2026, status conference is CONTINUED to September 2, 2026, at 1:30 p.m.

**IT IS SO ORDERED.**

Date: August 4, 2026

Scott C. Clarkson
United States Bankruptcy Judge