United States Bankruptcy Court

Central District of California

In re:
Susan Jo White

    Debtor

Case No. 26-11720-SC

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 1

Date Rcvd: Aug 04, 2026      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Jo White, 10 Snowberry Lake, Lake Forest, CA 92630-8383 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anerio V Altman | on behalf of Debtor Susan Jo White aaltman@ecf.courtdrive.com lakeforestbankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Creditor Law Offices of Hollie A. Lemkin APC bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Kenneth Misken | on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 4

FILED & ENTERED

AUG 04 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Susan Jo White,<br><br><div align="center">Debtor(s).</div> | Case No.: 8:26-bk-11720-SC<br><br>CHAPTER 11<br><br>**ORDER (1) CONTINUING HEARING RE: MOTION TO DISMISS CHAPTER 11 CASE FOR BAD FAITH AND TO IMPOSE A TWO OR MORE YEAR REFILING BAR [DK. 18] AND (2) CONTINUING STATUS CONFERENCE**<br><br><u>Vacated hearings:</u><br>Date:        August 5, 2026<br>Time:        1:30 PM<br>Courtroom:  5C |

The Court has reviewed the *Motion to Dismiss Chapter 11 Case for Bad Faith and to Impose a Two or More Year Refiling Bar* filed July 15, 2026 [Dk. 18] ("Motion"), the Opposition filed July 22, 2026 [Dk. 24], and Reply filed July 29, 2026 [Dk. 27] and the docket as a whole, and finds good cause to CONTINUE the August 5, 2026, hearing on the Motion to September 2, 2026, at 1:30 p.m. No further pleadings pertaining to the Motion may be filed.

The August 5, 2026, status conference is CONTINUED to September 2, 2026, at 1:30 p.m.

**IT IS SO ORDERED.**

Date: August 4, 2026

Scott C. Clarkson
United States Bankruptcy Judge

-2-