Lake Forest Bankruptcy II, APC
Anerio V. Altman, Esq. #228445
avaesq@lakeforestbkoffice.com
Jay Chien, Esq. #251343
attorneyjkc@gmail.com
26632 Towne Centre Drive #300
Foothill Ranch, CA 92610
Phone and Fax: (949) 218-2002
Proposed Attorneys for Debtor and Debtor-In Possession,
SUSAN JO WHITE

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

SUSAN JO WHITE

Debtor and
Debtor-in-Possession.

Case No: 8:26-bk-11720-SC

Chapter 11

**STATUS REPORT #2**

**JUDGE**
HON. SCOTT C. CLARKSON

**STATUS CONFERENCE:**
DATE: September 2, 2026
TIME: 1:30 P.M.
COURTROOM: 5C

///

///

///

**DEBTOR and DEBTOR-IN-POSSESSION SUSAN JO WHITE** ("Debtor") provides her status report #2 in advance of the Status Conference set for September 2, 2026 at 1:30 P.M.

**I. CHANGES SINCE THE LAST STATUS REPORT**

The Debtor filed her Status Report #1 on July 16, 2026 as Docket #21. This document builds upon and provides an update to that report.

The Debtor filed her first Monthly Operating Report on July 21, 2026. That report demonstrated $47,693 in cash receipts with disbursements of $19,629 leaving a cash balance of $42,044 at the end of June 2026. Docket #23.

The Court approved the employment of Lake Forest Bankruptcy II, APC as the Debtor's General Bankruptcy Counsel as of May 31, 2026. Docket #26.

No proof of claim deadline has been set. Nevertheless, Verizon filed a Proof of Claim for $668.39. Claim #3.

The court continued the status conference and stayed litigation regarding Creditor Hollie Lemkin's Motion to Dismiss until September 2, 2026. Docket #29.

**I. STATUS OF THE DEBTOR'S PRE-PETITION AND POST-PETITION LITIGATION**

Pre-petition, the Debtor was subject to judgment enforcement of Creditor Hollie Lemkin. There were no other legal proceedings. Nevertheless, Creditor Hollie Lemkin is continuing collection actions in violation of the stay.

As a result, post-petition the Debtor intends to file two adversary proceedings. The first is an avoidance action against Hollie Lemkin for pre-petition garnishments and for violating the stay. The second is a complaint to determine the dischargeability of a debt as against Hollie Lemkin's obligation.

**II. POTENTIAL AVOIDANCE ACTIONS**

Creditor Hollie Lemkin garnished around $8,000 within 90 days pre-petition that would be recoverable under 11 U.S.C. Sec. 547. The Debtor will seek to have this amount returned.

**III. RETENTION OF COUNSEL**

The only attorney to be employed by the Debtor is Anerio V. Altman, Esq. of Lake Forest

Bankruptcy II, APC. This has been accomplished.

**IV. OTHER PROFESSIONALS**

No other professionals are expected to be employed.

**V. DUTIES UNDER 11 U.S.C. Sec. 521, 1106 and 1107**

The Debtor is current on all her duties under 11 U.S.C. Sec. 521, 1106 and 1107. The petition was filed on May 31, 2026. There are no pending deficiencies. The first Monthly Operating Report was filed. The Debtor attended her Initial Debtor Interview and 341a Hearing. A 7 day package was sent to the United States Trustee and any "stragglers" to that petition were addressed. No quarterly payment has come due.

**VI. SMALL BUSINESS CASE**

This is not a small business case.

**VII. SINGLE ASSET REAL ESTATE CASE**

This is not a single asset real estate case.

**VIII. PROPOSED DEADLINE FOR DISCLOSURE STATEMENT AND PLAN**

The Debtor proposes November 15, 2026 for the filing of a Disclosure Statement and Plan.

**IX. PROPOSED DEADLINE FOR FILING PROOFS OF CLAIMS**

The Debtor proposes October 15, 2026 for the filing of all proofs of claim. The Debtor expected to have this set at the last status conference before it was continued so she will file a request on the court form to set the claims deadline.

**X. PROPOSED DEADLINE FOR FILING OBJECTIONS TO CLAIMS**

The Debtor proposes December 15, 2026 for the filing of any objection to claims.

**XI. PROPOSED DEADLINE TO FILE AVOIDANCE ACTIONS**

The Debtor proposes December 15, 2026 for the filing of any avoidance actions.

DATED: August 19, 2026

**LAKE FOREST BANKRUPTCY**

By: /s/ Anerio V. Altman
Anerio V. Altman
Attorneys for Debtor and Debtor-In-Possession,
SUSAN JO WHITE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

26632 Towne Centre Drive #300, Foothill Ranch, CA 92610

A true and correct copy of the foregoing document entitled (*specify*):

Status Report

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **08/19/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman aaltman@ecf.courtdrive.com, lakeforestbankruptcy@jubileebk.net
Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Kenneth Misken Kenneth.M.Misken@usdoj.gov
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **08/19/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **08/19/2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **08/19/2026** | **Anerio Ventura Altman, Esq.** | **/s/ Anerio Ventura Altman, Esq.** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Label Matrix for local noticing
0973-8
Case 8:26-bk-11720-SC
Central District of California
Santa Ana
Wed Aug 19 21:43:48 PDT 2026

Law Offices of Hollie A. Lemkin, APC
3090 Bristol Street #400
Costa Mesa, CA 92626-3063

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Charles Schwab
PO Box 5050
Richfield, OH 44286-5050

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
S Louis, MO 63179-0040

Equifax
Po Box 105281
Atlanta, GA 30348-5281

Experian
P.O. Box 9530
Allen, TX 75013

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Franchise Tax Board
PERSONAL BANKRUPTCY MS A340
PO BOX 2952
Sacramento, CA 95812-2952

Franchise Tax Board
Personal Bankruptcy MS A340
PO Box 942867
Sacramento, CA 94267-0001

Frieda Baldwin
13432 2nd Street
Hope, ND 58046-9049

Gilligan Frisco & Trutanich, LLP
One World Trade Center Suite 1740
Long Beach, CA 90831-0002

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jianfeng Le
26 Boulder View
Irvine, CA 92603-0410

Law Office of Hollie A. Lemkin
Law Office of John Teal
23 Corporate Plaza Dr #150
Newport Beach, CA 92660-7908

Law Office of Hollie A. Lemkin
Law Offices of Hollie A. Lemkin
600 Anton Boulevard 640
Costa Mesa, CA 92626-7693

Nexus Bankruptcy
3090 Bristol Street 400
Costa Mesa, CA 92626-3063

Nordstrom Signature Visa
Colorado Service Center
PO Box 6555
Englewood, CO 80155-6555

The UPS Store
25422 Trabuco Road 105
Lake Forest, CA 92630-2798

Transunion
Transunion Customer Solutions
Po Box 2000
Chester, PA 19016-2000

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Verizon
by AIS InfoSource LP as agent
PO Box 661380
Dallas, TX 75266-1380

Anerio V Altman
Lake Forest Bankruptcy II, APC
26632 Towne Centre Dr #300
Foothill Ranch, CA 92610-2814

Anerio V. Altman
Lake Forest Bankruptcy II, APC
26632 Towne Centre Dr Ste 300
Foothill Ranch, CA 92610-2814

Susan Jo White
10 Snowberry Lake
Lake Forest, CA 92630-8383

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Internal Revenue Service<br>Centralized Insolvency Operation<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients 24<br>Bypassed recipients 1<br>Total 25 |