UNITED STATES BANKRUPTCY COURT

Central DISTRICT OF California

Santa Ana Division

In Re. SUSAN JO WHITE §
§
§
Debtor(s) §

Case No. 26-11720

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2026

Petition Date: 05/31/2026

Months Pending: 2

Industry Classification: 0 0 0 0

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ ANERIO V. ALTMAN, ESQ
Signature of Responsible Party

08/23/2026
Date

ANERIO V. ALTMAN, ESQ
Printed Name of Responsible Party

26632 Towne Centre Drive #300, Foothill Ranch, CA 92610
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name SUSAN JO WHITE Case No. 26-11720

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $40,694 | |
| b. | Total receipts (net of transfers between accounts) | $28,658 | $76,351 |
| c. | Total disbursements (net of transfers between accounts) | $39,902 | $59,531 |
| d. | Cash balance end of month (a+b-c) | $29,450 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $39,902 | $59,531 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

Debtor's Name SUSAN JO WHITE Case No. 26-11720

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Lake Forest Bankruptcy | Lead Counsel | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name SUSAN JO WHITE Case No. 26-11720

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name SUSAN JO WHITE Case No. 26-11720

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name SUSAN JO WHITE Case No. 26-11720

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name SUSAN JO WHITE Case No. 26-11720

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | | Yes ◉ No ◯ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | | Yes ◯ No ◉ |
| c. | Were any payments made to or on behalf of insiders? | | Yes ◯ No ◉ |
| d. | Are you current on postpetition tax return filings? | | Yes ◉ No ◯ |
| e. | Are you current on postpetition estimated tax payments? | | Yes ◉ No ◯ |
| f. | Were all trust fund taxes remitted on a current basis? | | Yes ◉ No ◯ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | | Yes ◯ No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | | Yes ◯ No ◯ N/A ◉ |
| i. | Do you have: | Worker's compensation insurance? | Yes ◯ No ◉ |
| | | If yes, are your premiums current? | Yes ◯ No ◯ N/A ◉ (if no, see Instructions) |
| | | Casualty/property insurance? | Yes ◉ No ◯ |
| | | If yes, are your premiums current? | Yes ◉ No ◯ N/A ◯ (if no, see Instructions) |
| | | General liability insurance? | Yes ◯ No ◉ |
| | | If yes, are your premiums current? | Yes ◯ No ◯ N/A ◉ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | | Yes ◯ No ◉ |
| k. | Has a disclosure statement been filed with the court? | | Yes ◯ No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ◉ No ◯ |

Debtor's Name SUSAN JO WHITE

Case No. 26-11720

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $33,418 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $941 |
| d. | Total income in the reporting period (a+b+c) | $34,359 |
| e. | Payroll deductions | $4,113 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $37,432 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $41,545 |
| j. | Difference between total income and total expenses (d-i) | $-7,186 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/S/ SUSAN JO WHITE [signature]
Signature of Responsible Party

SUSAN JO WHITE
Printed Name of Responsible Party

Debtor-In-Possession
Title

08/23/2026
Date

Debtor's Name SUSAN JO WHITE

Case No. 26-11720

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name SUSAN JO WHITE Case No. 26-11720

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name SUSAN JO WHITE Case No. 26-11720

PageThree

PageFour

## PAYMENT OF PRE-PETITION OBLIGATIONS

The Debtor was delinquent on her pre-petition residential lease obligation owed to L. Jianfeng. In conformity with her Motion to Assume a Lease (to be filed) she has provided a prompt cure by paying back the arrears she owed on this lease obligation.

Image Not Available

OT Technology, Inc 505 North Angier Avenue NE Suite 9000 Atlanta, GA 30308 (404) 390-4157
Susan White 25422 Trabuco Rd Suite 105 441 Lake Forest, CA 92630

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Susan White | OT Technology, Inc | 000020426 | 07/01/2026 | 07/15/2026 | 07/15/2026 | |

| | Hours Worked | Gross Pay | Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 86.67 | 6,875.00 | 273.36 | 1,386.03 | 2,168.19 | 3,047.42 |
| YTD | 1,126.71 | 263,403.78 | 28,053.68 | 76,212.64 | 54,845.63 | 104,291.83 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| [USA] Commission | | | 0 | | 0 | 174,028.78 |
| [USA] Holiday Pay | 07/01/2026 - 07/15/2026 | 8 | 79.33 | 634.64 | 56 | 4,442.48 |
| Imputed Income for | 07/01/2026 - 07/15/2026 | 0 | 0 | 60.20 | 0 | 782.60 |
| [USA] Paid Time Of | 07/01/2026 - 07/15/2026 | 16 | 79.33 | 1,269.28 | 80 | 6,346.40 |
| [USA] Salary Pay | 07/01/2026 - 07/15/2026 | 86.67 | 0 | 4,971.08 | 1126.71 | 78,586.12 |
| Earnings | | | | 6,935.20 | | 264,186.38 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 11,439.00 |
| Medicare | 156.54 | 4,324.86 |
| Federal Withholding | 792.35 | 42,997.20 |
| State Tax - CA | 349.48 | 14,049.59 |
| CA SDI - CASDI | 87.66 | 3,401.99 |
| Employee Taxes | 1,386.03 | 76,212.64 |

**Deductions**

| Description | Amount | YTD |
|---|---|---|
| EE - 401(k) Bonus/Commission | | 14,513.24 |
| [USA] EE - 401(k) | 0.00 | 9,986.76 |
| [USA] EE - Dental Pretax | 7.21 | 93.73 |
| [USA] EE - Healthcare FSA | 141.67 | 1,841.71 |
| [USA] EE - Medical Pretax | 123.89 | 1,610.57 |
| [USA] EE - Vision Pretax | 0.59 | 7.67 |
| Deductions | 273.36 | 28,053.68 |

**Employee Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Creditor Garnishment (3122504120189-3020170093357 | 1,097.79 | 37,137.20 |
| State Tax Levy (110-43774-51) | 274.45 | 7,361.08 |
| [USA] 401(k) Loan Repayment | 615.30 | 7,998.90 |
| [USA] Accident Insurance | 9.24 | 120.12 |
| [USA] Critical Illness | 19.60 | 254.80 |
| [USA] EE - AD&D Child | 0.13 | 1.69 |
| [USA] EE - Child Life | 1.04 | 13.52 |
| [USA] EE - Supplemental AD&D | 6.25 | 81.25 |
| [USA] EE - Supplemental Life | 135.75 | 1,764.75 |
| [USA] Hospital Indemnity | 8.64 | 112.32 |
| Employee Post Tax Deductions | 2,168.19 | 54,845.63 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| [USA] ER - 401(k) Employer Match | 0.00 | 2,000.00 |
| [USA] ER - Basic AD&D | 3.30 | 42.90 |
| [USA] ER - Basic Life | 7.10 | 92.30 |
| [USA] ER - Dental | 40.84 | 530.92 |
| [USA] ER - Long Term Disability | 5.89 | 76.57 |
| [USA] ER - Medical | 908.51 | 11,810.63 |
| [USA] ER - Short Term Disability | 16.14 | 209.82 |
| [USA] ER - Vision | 3.93 | 51.09 |
| Employer Paid Benefits | 985.71 | 14,814.23 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 184,500.00 |
| Medicare - Taxable Wages | 6,661.84 | 260,632.70 |
| Federal Withholding - Taxable Wages | 6,661.84 | 236,132.70 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Head of Household |
| Allowances | 0 | 3 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | 0 |

**Sick Time**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| USA Sick SM Salaried Time Off Plan | 0 | 0 | 80 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******9393 | ******9393 | | 3,047.42 USD |

Image Not Available

OT Technology, Inc 505 North Angier Avenue NE Suite 9000 Atlanta, GA 30308 (404) 390-4157
Susan White 25422 Trabuco Rd Suite 105 441 Lake Forest, CA 92630

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Susan White | OT Technology, Inc | 000020426 | 07/16/2026 | 07/31/2026 | 07/31/2026 | |

| | Hours Worked | Gross Pay | Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 86.67 | 6,875.00 | 273.36 | 1,386.06 | -18,872.49 | 24,088.07 |
| YTD | 1,213.38 | 270,278.78 | 28,327.04 | 77,598.70 | 35,973.14 | 128,379.90 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| [USA] Commission | | | 0 | | 0 | 174,028.78 |
| [USA] Holiday Pay | | | 0 | | 56 | 4,442.48 |
| Imputed Income for | 07/16/2026 - 07/31/2026 | 0 | 0 | 60.20 | 0 | 842.80 |
| [USA] Paid Time Of | 07/16/2026 - 07/31/2026 | 40 | 79.33 | 3,173.20 | 120 | 9,519.60 |
| [USA] Salary Pay | 07/16/2026 - 07/31/2026 | 86.67 | 0 | 3,701.80 | 1213.38 | 82,287.92 |
| Earnings | | | | 6,935.20 | | 271,121.58 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 11,439.00 |
| Medicare | 156.56 | 4,481.42 |
| Federal Withholding | 792.35 | 43,789.55 |
| State Tax - CA | 349.48 | 14,399.07 |
| CA SDI - CASDI | 87.67 | 3,489.66 |
| Employee Taxes | 1,386.06 | 77,598.70 |

**Deductions**

| Description | Amount | YTD |
|---|---|---|
| EE - 401(k) Bonus/Commission | | 14,513.24 |
| [USA] EE - 401(k) | 0.00 | 9,986.76 |
| [USA] EE - Dental Pretax | 7.21 | 100.94 |
| [USA] EE - Healthcare FSA | 141.67 | 1,983.38 |
| [USA] EE - Medical Pretax | 123.89 | 1,734.46 |
| [USA] EE - Vision Pretax | 0.59 | 8.26 |
| Deductions | 273.36 | 28,327.04 |

**Employee Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Creditor Garnishment (3122504120189-3020170093357 | -15,734.75 | 21,402.45 |
| State Tax Levy (110-43774-51) | -3,933.69 | 3,427.39 |
| [USA] 401(k) Loan Repayment | 615.30 | 8,614.20 |
| [USA] Accident Insurance | 9.24 | 129.36 |
| [USA] Critical Illness | 19.60 | 274.40 |
| [USA] EE - AD&D Child | 0.13 | 1.82 |
| [USA] EE - Child Life | 1.04 | 14.56 |
| [USA] EE - Supplemental AD&D | 6.25 | 87.50 |
| [USA] EE - Supplemental Life | 135.75 | 1,900.50 |
| [USA] Hospital Indemnity | 8.64 | 120.96 |
| Employee Post Tax Deductions | -18,872.49 | 35,973.14 |

**Employer Paid Benefits**

| Description | Amount | YTD |
|---|---|---|
| [USA] ER - 401(k) Employer Match | 0.00 | 2,000.00 |
| [USA] ER - Basic AD&D | 3.30 | 46.20 |
| [USA] ER - Basic Life | 7.10 | 99.40 |
| [USA] ER - Dental | 40.84 | 571.76 |
| [USA] ER - Long Term Disability | 5.89 | 82.46 |
| [USA] ER - Medical | 908.51 | 12,719.14 |
| [USA] ER - Short Term Disability | 16.14 | 225.96 |
| [USA] ER - Vision | 3.93 | 55.02 |
| Employer Paid Benefits | 985.71 | 15,799.94 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 184,500.00 |
| Medicare - Taxable Wages | 6,661.84 | 267,294.54 |
| Federal Withholding - Taxable Wages | 6,661.84 | 242,794.54 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | Head of Household |
| Allowances | 0 | 3 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 0 | 0 |

**Sick Time**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| USA Sick SM Salaried Time Off Plan | 0 | 0 | 80 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******9393 | ******9393 | | 24,088.07 USD |

# Wells Fargo Everyday Checking

July 31, 2026 ■ Page 1 of 10

SUSAN J WHITE
DEBTOR IN POSSESSION
CH11 CASE #26-11720 (CCA)
25422 TRABUCO RD STE 105-441
LAKE FOREST CA 92630-2791

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Vet travel sites and agents to help avoid vacation scams**

Scammers use AI to create realistic ads, booking sites, and even follow-up emails to steal your money and personal information.

A few smart habits can help protect your trip - and your wallet:
- **Use official sites and apps.** Fake travel sites often appear in search ads and are designed to steal your payment or login details.
- **Don't click links in unexpected or urgent emails.** Scammers may hack real reservation emails to request extra fees.
- **Be careful with sponsored customer service search results.** Scammers buy ads with fake airline or hotel customer service numbers. Travelers often encounter these scams during flight delays or cancellations.
- **Think twice about unusually cheap deals.** Too-good-to-be-true prices - especially amid today's rising travel costs - are a common scam tactic.

**Slow down and verify before you click, call, or pay.** Report suspicious messages or charges right away.

WELLS FARGO

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $40,694.30 |
| Deposits/Additions | 27,716.99 |
| Withdrawals/Subtractions | - 39,902.36 |
| **Ending balance on 7/31** | **$28,508.93** |

Account number: [redacted]93 **(primary account)**

**SUSAN J WHITE**
**DEBTOR IN POSSESSION**
**CH11 CASE #26-11720 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending daily balance* |
|---|---|---|---|---|---|
| 7/1 | | Ot Technology, I Payments 260701 Sr-256353 NTE*ZZZ*Er-042933\NTE*ZZZ*NA\ | 227.52 | | |
| 7/1 | | Purchase authorized on 06/26 Amazon Mktpl*3K0Gq Amzn.Com/Bill WA S586178040485401 Card 8296 | | 37.95 | |
| 7/1 | | Purchase authorized on 06/30 Target.Com * 800-591-3869 MN S466181451946368 Card 8296 | | 22.63 | |
| 7/1 | | Purchase authorized on 06/30 Target.Com WWW.Target.CO MN S466181451946368 Card 8296 | | 22.73 | |
| 7/1 | | Purchase authorized on 06/30 Target.Com 800-591-3869 MN S466181451946368 Card 8296 | | 30.17 | |
| 7/1 | | Purchase authorized on 06/30 Costco Whse #0454 Irvine CA S356181635027101 Card 8296 | | 170.22 | |
| 7/1 | | Purchase authorized on 06/30 Costco Whse #0454 Irvine CA S466181636236525 Card 8296 | | 7.52 | |
| 7/1 | | Recurring Payment authorized on 06/30 Vzwrlss*Bill Pay V 800-9220204 CA S356181667369084 Card 8296 | | 618.44 | |
| 7/1 | | Purchase authorized on 06/30 Sq *Laura's House Lake Forest CA S356182023798826 Card 8296 | | 85.22 | |
| 7/1 | | Bill Pay CR&R on-Line xx-xxxx9855 on 07-01 | | 40.00 | |
| 7/1 | | Bill Pay Cox Communications on-Line Xxxxxxxxxxxx3802 on 07-01 | | 184.00 | |
| 7/1 | | Bill Pay Irvine Ranch Water District on-Line xxxxxx7308 on 07-01 | | 300.00 | |
| 7/1 | | Bill Pay Southern California Edison on-Line xxxxxx3133 on 07-01 | | 566.89 | |
| 7/1 | | Zelle to Li Jianfeng on 07/01 Ref # Wfct12Chpndc July | | 1,900.00 | |
| 7/1 | | Purchase authorized on 07/01 Clr*Clubpilates9492292 Foothill Ran CA P000000044626234 Card 8296 | | 199.00 | 36,737.05 |
| 7/2 | | Purchase authorized on 06/30 Chick-Fil-A #02361 Foothill Rnch CA S306181695560891 Card 8296 | | 37.65 | |
| 7/2 | | Purchase authorized on 06/30 Serrano One Hour C Lake Forest CA S346181841808491 Card 8296 | | 54.50 | |
| 7/2 | | Purchase authorized on 07/01 Farmers Ins Billin 877-327-6392 CA S466182457365356 Card 8296 | | 4,442.76 | |
| 7/2 | | Purchase authorized on 07/01 Farmers Ins Billin 877-327-6392 CA S306182457630249 Card 8296 | | 45.32 | |
| 7/2 | | Purchase authorized on 07/01 Sq *Scorpionfarms Lake Forest CA S356183048807933 Card 8296 | | 70.00 | |
| 7/2 | | Zelle to Li Jianfeng on 07/02 Ref # Wfct12Cmr3NM June | | 1,600.00 | 30,486.82 |
| 7/3 | | Purchase authorized on 07/01 Dgpremium Brands L Secaucus NJ S466182451230187 Card 8296 | | 213.35 | |
| 7/3 | | Purchase authorized on 07/01 Chick-Fil-A #02361 Foothill Rnch CA S356183129268743 Card 8296 | | 24.67 | |
| 7/3 | | Purchase authorized on 07/02 Ralphs #0079 El Toro CA S306183519245338 Card 8296 | | 94.45 | |
| 7/3 | | Purchase authorized on 07/02 Ralphs #0079 El Toro CA S346183522142122 Card 8296 | | 13.57 | |

WELLS FARGO

***Transaction History (continued)***

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/3 | | Purchase authorized on 07/02 Grab-N-Go / Adam N Lake Forest CA S586183526018281 Card 8296 | | 73.61 | |
| 7/3 | | Zelle to Li Jianfeng on 07/03 Ref # Wfct12Cs7xx9 June | | 1,900.00 | 28,167.17 |
| 7/6 | | Purchase authorized on 07/02 Lamppost Pizza - L Lake Forest CA S356184038247933 Card 8296 | | 38.78 | |
| 7/6 | | Purchase authorized on 07/02 Lamppost Pizza - L Lake Forest CA S346184038465874 Card 8296 | | 38.78 | |
| 7/6 | | Purchase authorized on 07/02 Lamppost Pizza - L Lake Forest CA S466184038607450 Card 8296 | | 38.78 | |
| 7/6 | | Purchase authorized on 07/02 Lamppost Pizza - L Lake Forest CA S466184038787768 Card 8296 | | 38.77 | |
| 7/6 | | Purchase authorized on 07/03 Staterbros142 Lake Forest CA S356185016098441 Card 8296 | | 162.40 | |
| 7/6 | | Purchase authorized on 07/04 Google *Youtube Tv G.CO/Helppay# CA S356185839907496 Card 8296 | | 82.99 | |
| 7/6 | | Zelle to Li Jianfeng on 07/05 Ref # Wfct12D26B8K Aug | | 3,500.00 | |
| 7/6 | | Purchase authorized on 07/05 Giv*Lutheran Chu 949-8374673 CA S356186683845413 Card 8296 | | 200.00 | |
| 7/6 | | Purchase authorized on 07/05 Purpose Church 909-629-5277 CA S586186725262508 Card 8296 | | 205.00 | |
| 7/6 | | Zelle to Li Jianfeng on 07/06 Ref # Wfct12D6Cmb8 Aug | | 1,900.00 | |
| 7/6 | 1003 | Check | | 35.00 | 21,926.67 |
| 7/7 | | Purchase authorized on 07/03 Illusions Unlimite Mission Viejo CA S466184859885114 Card 8296 | | 225.00 | |
| 7/7 | | Purchase authorized on 07/06 Saddleback Dermato Lake Forest CA S356187731280394 Card 8296 | | 30.00 | |
| 7/7 | | Purchase authorized on 07/06 Saddleback Dermato Lake Forest CA S586187752231510 Card 8296 | | 108.22 | |
| 7/7 | ^1002 | Passportservices Payment 260706 1002 Pctb02261870079811 | | 160.00 | 21,403.45 |
| 7/8 | | Purchase authorized on 07/06 Taco Bell 039851 Lake Forest CA S386187759474467 Card 8296 | | 7.08 | |
| 7/8 | | Purchase authorized on 07/07 Cvs/Pharmacy #0924 Mission Viejo CA S386188819999970 Card 8296 | | 15.00 | |
| 7/8 | | Purchase authorized on 07/07 Ralphs #0099 Foothill Ranc CA S586189037141490 Card 8296 | | 614.46 | |
| 7/8 | | Purchase authorized on 07/07 Petsmart # 1912 Foothill Ranc CA S386189053958162 Card 8296 | | 12.87 | |
| 7/8 | | Purchase with Cash Back $ 40.00 authorized on 07/08 Target T-0913 26762 Porto Foothill Ranc CA P386190010254352 Card 8296 | | 163.11 | 20,590.93 |
| 7/9 | | Recurring Payment authorized on 07/08 Amazon Prime*2Y3Dk Amzn.Com/Bill WA S346190019242651 Card 8296 | | 16.15 | |
| 7/9 | | Purchase authorized on 07/08 SC* Region 85 Ayso.Bluesomb CA S386190179514989 Card 8296 | | 193.50 | 20,381.28 |
| 7/10 | | Purchase authorized on 07/08 The Home Depot #66 Lake Forest CA S306189678922141 Card 8296 | | 25.78 | |
| 7/10 | | Purchase authorized on 07/09 Childrens Hospital Mission Viejo CA S306190578193975 Card 8296 | | 30.00 | |
| 7/10 | | Purchase authorized on 07/09 Cvs/Pharmacy #0958 Lake Forest CA S346190602676897 Card 8296 | | 32.83 | |
| 7/10 | | Purchase authorized on 07/09 Grab-N-Go / Adam N Lake Forest CA S356190607302733 Card 8296 | | 84.30 | |
| 7/10 | | Purchase authorized on 07/10 American Horse Products San Juan Capi CA P586191851739679 Card 8296 | | 199.01 | |
| 7/10 | | Purchase with Cash Back $ 50.00 authorized on 07/10 Staterbros142 Lake Forest CA P000000544337775 Card 8296 | | 89.95 | 19,919.41 |
| 7/13 | | Purchase authorized on 07/09 Sartori Thai Cuisi Torrance CA S386190719465885 Card 8296 | | 34.55 | |
| 7/13 | | Purchase authorized on 07/09 Hanna`S Restaurant Rcho Sta Marg CA S356191126820353 Card 8296 | | 370.32 | |
| 7/13 | | Purchase authorized on 07/10 Costco Whse #0454 Irvine CA S356191720470757 Card 8296 | | 692.51 | |

WELLS FARGO

***Transaction History (continued)***

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/13 | | Purchase authorized on 07/10 Costco Whse #0454 Irvine CA S586191721791158 Card 8296 | | 11.82 | |
| 7/13 | | Purchase authorized on 07/11 Harbor Freight Too Lake Forest CA S356192611424061 Card 8296 | | 1,003.04 | |
| 7/13 | | Purchase authorized on 07/11 Google *Yt Primeti 888-986-7944 CA S356192655938093 Card 8296 | | 119.00 | |
| 7/13 | | Purchase authorized on 07/11 IN-N-Out Foothillr Foothill Ranc CA S386192817673689 Card 8296 | | 39.22 | |
| 7/13 | | Purchase authorized on 07/11 Sq *Angels Stadium Anaheim CA S586192835083607 Card 8296 | | 30.00 | |
| 7/13 | | Purchase authorized on 07/11 Fever*Candlelight Sna DE S466193001129023 Card 8296 | | 120.96 | |
| 7/13 | | Purchase authorized on 07/11 Laa Legends Conces Anaheim CA S346193008759631 Card 8296 | | 12.39 | |
| 7/13 | 1004 | Deposited OR Cashed Check | | 300.00 | |
| 7/13 | | Zelle to Li Jianfeng on 07/13 Ref # Wfct22Dxxg9M Sept | | 5,400.00 | 11,785.60 |
| 7/15 | | Ot Technolog-Osv Payroll718 260715 24Osv001Bwb Susan White | 3,047.42 | | |
| 7/15 | | Purchase authorized on 07/13 Amazon RETA* Jh3Wk WWW.Amazon.CO WA S306194620127500 Card 8296 | | 12.92 | |
| 7/15 | | Purchase authorized on 07/13 Amazon RETA* B0900 WWW.Amazon.CO WA S306194620171670 Card 8296 | | 91.58 | |
| 7/15 | | Purchase authorized on 07/13 Amazon Mktpl*1F0H4 Amzn.Com/Bill WA S586194620225698 Card 8296 | | 37.60 | |
| 7/15 | | Purchase authorized on 07/14 Chipotle 3537 Lake Forest CA S386195680094549 Card 8296 | | 22.95 | |
| 7/15 | | Bravera Bank Loan Pymnt Frieda Baldwin | | 500.00 | 14,167.97 |
| 7/16 | | Purchase authorized on 07/14 Tst*Reunion Kitche Anaheim CA S346196079028204 Card 8296 | | 35.55 | |
| 7/16 | | Purchase authorized on 07/14 7-Eleven 43121 Foothill Ranc CA S466196103009144 Card 8296 | | 75.25 | |
| 7/16 | | Purchase authorized on 07/15 Childrens Hospital Orange CA S586196591186344 Card 8296 | | 30.00 | |
| 7/16 | | Purchase authorized on 07/15 Tuttle-Click Chrys 949-523-2976 CA S346196609626114 Card 8296 | | 142.65 | |
| 7/16 | | Purchase authorized on 07/15 Sq *Shake Shack Irvine CA S466196649498438 Card 8296 | | 29.05 | 13,855.47 |
| 7/17 | | Purchase authorized on 07/16 Tuttle-Click Chrys Irvine CA S346197693992384 Card 8296 | | 145.21 | |
| 7/17 | | Purchase authorized on 07/16 Cvs/Pharmacy #0958 Lake Forest CA S586197812175233 Card 8296 | | 15.00 | |
| 7/17 | | Purchase authorized on 07/16 Ralphs #0079 El Toro CA S356197834738286 Card 8296 | | 417.68 | |
| 7/17 | | Purchase authorized on 07/17 Clr*Clubpilates9492292 Foothill Ran CA P000000752636302 Card 8296 | | 10.00 | 13,267.58 |
| 7/20 | | Purchase Return authorized on 07/17 The Home Depot #66 Lake Forest CA S386199053171857 Card 8296 | 8.11 | | |
| 7/20 | | Purchase Return authorized on 07/17 Adidas US Online S 800-9829337 OR S586176845252382 Card 8296 | 96.98 | | |
| 7/20 | | Purchase Return authorized on 07/17 Wal-Mart #2218 Foothill Ranc CA S586199077867822 Card 8296 | 63.55 | | |
| 7/20 | | Purchase Return authorized on 07/17 Target T-0913 Foothill Ranc CA S306199087508153 Card 8296 | 45.26 | | |
| 7/20 | | Purchase authorized on 07/16 United 016212 United.Com TX S386197711964904 Card 8296 | | 860.40 | |
| 7/20 | | Purchase authorized on 07/16 United 016212 United.Com TX S386197711964904 Card 8296 | | 860.40 | |
| 7/20 | | Purchase authorized on 07/16 United 016212 United.Com TX S386197711964904 Card 8296 | | 860.40 | |
| 7/20 | | Recurring Payment authorized on 07/16 Cvsextracare 80074 800-746-7287 RI S586198194740499 Card 8296 | | 5.39 | |
| 7/20 | | Purchase authorized on 07/16 Amazon Mktpl*Lo384 Amzn.Com/Bill WA S356198199445379 Card 8296 | | 50.42 | |

WELLS FARGO

***Transaction History (continued)***

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/20 | | Purchase authorized on 07/17 Adidas US Online S 800-9829337 OR S386198630571986 Card 8296 | | 96.98 | |
| 7/20 | | Purchase authorized on 07/17 Xclusive Mexican S Mission Viejo CA S386198727422442 Card 8296 | | 51.02 | |
| 7/20 | | Purchase authorized on 07/17 Fedex Office 0865 Lake Forest CA S356199049615087 Card 8296 | | 3.23 | |
| 7/20 | | Purchase with Cash Back $ 100.00 authorized on 07/17 WM Supercenter #2218 Lake Forest CA P000000740777309 Card 8296 | | 130.96 | |
| 7/20 | | Purchase authorized on 07/17 Lamppost Pizza - L Lake Forest CA S306199114292779 Card 8296 | | 10.51 | |
| 7/20 | | Purchase authorized on 07/18 Sams Club.Com Bentonville AR P000000257525921 Card 8296 | | 130.55 | |
| 7/20 | | Purchase authorized on 07/19 Uci Transportation Parking.Uci.E CA S586200861454937 Card 8296 | | 13.00 | 10,408.22 |
| 7/21 | | Recurring Payment authorized on 07/20 Bvd*Beenverified 800-9493201 NY S586201491766148 Card 8296 | | 26.89 | 10,381.33 |
| 7/22 | | Purchase authorized on 07/21 Grab-N-Go / Adam N Lake Forest CA S306202506423366 Card 8296 | | 92.53 | |
| 7/22 | | Purchase authorized on 07/21 Saddleback Dermato 949-7708115 CA S346202633909308 Card 8296 | | 30.00 | |
| 7/22 | | Purchase authorized on 07/21 The UPS Store 26 949-9398138 CA S306202701123211 Card 8296 | | 36.78 | |
| 7/22 | | Purchase authorized on 07/21 Costco Whse #0454 Irvine CA S356202737272745 Card 8296 | | 39.07 | |
| 7/22 | | Recurring Payment authorized on 07/21 Spotify 877-778-1161 NY S466203180646042 Card 8296 | | 21.99 | 10,160.96 |
| 7/23 | | Purchase authorized on 07/21 Red Robin No 595 Lake Forest CA S346203186762015 Card 8296 | | 33.15 | |
| 7/23 | | Purchase authorized on 07/22 South Orange Count Lake Forest CA S356203569873450 Card 8296 | | 345.03 | |
| 7/23 | | Purchase authorized on 07/22 Qargo Coffee Fountain Vall CA S466203697895586 Card 8296 | | 5.38 | |
| 7/23 | | Purchase authorized on 07/22 Sq *Ace Parking MA Irvine CA S306204092310343 Card 8296 | | 15.00 | 9,762.40 |
| 7/24 | | Purchase Return authorized on 07/22 Nike.Com 503-671-6453 OR S386203579391213 Card 8296 | 140.08 | | |
| 7/24 | | Purchase authorized on 07/22 Tst*Javiers - Irvi Irvine CA S306204082323718 Card 8296 | | 163.93 | 9,738.55 |
| 7/27 | | Purchase authorized on 07/23 Amazon Mktpl*296Hu Amzn.Com/Bill WA S386205164027209 Card 8296 | | 78.55 | |
| 7/27 | | Purchase authorized on 07/23 Samsclub.Com 888-746-7726 AR S346205175046574 Card 8296 | | 246.81 | |
| 7/27 | | Purchase authorized on 07/24 Pollys Pies 209 949-3808383 CA S306205609216620 Card 8296 | | 57.43 | |
| 7/27 | | Purchase authorized on 07/24 Amazon Mktpl*752Qb Amzn.Com/Bill WA S586205741055118 Card 8296 | | 10.76 | |
| 7/27 | | Purchase authorized on 07/24 7-Eleven 43121 Foothill Ranc CA S466205782526586 Card 8296 | | 100.63 | |
| 7/27 | | Purchase authorized on 07/24 Ls Furlys Pet Supp 949-7075060 CA S306205820815068 Card 8296 | | 171.19 | |
| 7/27 | | Purchase authorized on 07/24 Amazon RETA* Oe696 WWW.Amazon.CO WA S346205843197429 Card 8296 | | 32.72 | |
| 7/27 | | Purchase authorized on 07/24 Amazon Mktpl*0Q228 Amzn.Com/Bill WA S356205856595190 Card 8296 | | 7.53 | |
| 7/27 | | Purchase authorized on 07/24 City of Laguna Bea Mlitschi@Lagu CA S306206031815753 Card 8296 | | 23.60 | |
| 7/27 | | Purchase authorized on 07/25 Tst*Bagels & Brew Lake Forest CA S306206506355505 Card 8296 | | 5.35 | |
| 7/27 | | Purchase with Cash Back $ 200.00 authorized on 07/25 Ralphs #0079 Lake Forest CA P000000944912740 Card 8296 | | 241.43 | |
| 7/27 | | Purchase authorized on 07/25 Saddleback Dermato Lake Forest CA S306206659319488 Card 8296 | | 750.00 | |

WELLS FARGO

***Transaction History (continued)***

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/27 | | Purchase authorized on 07/25 Costco Whse #0454 Irvine CA S466206703607000 Card 8296 | | 314.92 | |
| 7/27 | | Purchase authorized on 07/25 Costco Whse #0454 Irvine CA S586206705130486 Card 8296 | | 8.60 | |
| 7/27 | | Purchase authorized on 07/25 Sephora Foothill R Foothill Ranc CA S586206761301857 Card 8296 | | 142.58 | |
| 7/27 | | Purchase authorized on 07/25 Target T-0913 Foothill Ranc CA S466206790475468 Card 8296 | | 66.76 | |
| 7/27 | | Purchase authorized on 07/25 Wal-Mart #2218 Foothill Ranc CA S356206809226615 Card 8296 | | 18.27 | |
| 7/27 | | Purchase authorized on 07/25 Sq *Maral Derkriko Mission Viejo CA S386206831789050 Card 8296 | | 30.00 | |
| 7/27 | | Recurring Payment authorized on 07/26 Netflix.Com 408-5403700 CA S386207279181620 Card 8296 | | 26.99 | |
| 7/27 | | Purchase authorized on 07/26 Cnn News St939 Santa Ana CA S586207544825293 Card 8296 | | 14.65 | |
| 7/27 | | Purchase authorized on 07/26 Voodoo Doughnuts A 303-3429000 CO S306207675545678 Card 8296 | | 6.21 | |
| 7/27 | | Purchase authorized on 07/26 Mariners Church Happy@Simpled CA S466207688367033 Card 8296 | | 10.00 | 7,373.57 |
| 7/28 | | Purchase authorized on 07/25 WWW Costco Com 800-955-2292 WA S386206733334937 Card 8296 | | 32.31 | |
| 7/28 | | Purchase authorized on 07/25 WWW Costco Com 800-955-2292 WA S386206733334937 Card 8296 | | 242.39 | |
| 7/28 | | Purchase authorized on 07/26 Starbucks Term B S Santa Ana CA S586207515795473 Card 8296 | | 49.46 | |
| 7/28 | | Purchase authorized on 07/26 Salt & Grinder 303-3429000 CO S356207664144427 Card 8296 | | 61.30 | |
| 7/28 | | Bill Pay Cox Communications on-Line Xxxxxxxxxxxx3802 on 07-28 | | 184.00 | |
| 7/28 | | Bill Pay Southern California Edison on-Line xxxxxx3133 on 07-28 | | 236.00 | |
| 7/28 | | Bill Pay Irvine Ranch Water District on-Line xxxxxx7308 on 07-28 | | 250.00 | |
| 7/28 | | Cash eWithdrawal IN Branch 07/28/2026 08:25 Am 2610 S Columbia Rd Grand Forks ND 8296 | | 600.00 | 5,718.11 |
| 7/29 | | Purchase authorized on 07/28 Red Pepper Grand Forks ND S586209584200739 Card 8296 | | 57.81 | |
| 7/29 | | Purchase authorized on 07/28 Target.Com WWW.Target.CO MN S386210008995136 Card 8296 | | 21.55 | |
| 7/29 | | Purchase authorized on 07/28 Target.Com * 800-591-3869 MN S586210013593545 Card 8296 | | 53.88 | 5,584.87 |
| 7/30 | | Purchase authorized on 07/28 N Dakota Bkst #112 Grand Forks ND S466209789094460 Card 8296 | | 30.03 | |
| 7/30 | | Recurring Payment authorized on 07/29 SC Campus Police E Thepermitport CA S386210544932412 Card 8296 | | 80.00 | |
| 7/30 | | Purchase authorized on 07/29 Shsnd-Oscar Zero Cooperstown ND S386210713261257 Card 8296 | | 20.00 | 5,454.84 |
| 7/31 | | Ot Technolog-Osv Payroll362 260731 74Osv001C1K Susan White | 24,088.07 | | |
| 7/31 | | Purchase authorized on 07/30 Ubr* Pending.Uber.Com San Francisco CA P000000446044611 Card 8296 | | 26.98 | |
| 7/31 | | Purchase authorized on 07/31 Uber *Trip Help.Uber.C Wilmington DE P000000849338313 Card 8296 | | 7.00 | |
| 7/31 | | ATM Withdrawal authorized on 07/31 26622 Towne Centre Dr Foothill Ranc CA 0006925 ATM ID 0221A Card 8296 | | 1,000.00 | 28,508.93 |
| **Totals** | | | **$27,716.99** | **$39,902.36** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

WELLS FARGO

***Transaction History (continued)***

^ ***Converted check:*** *Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| *Number* | *Date* | *Amount* | *Number* | *Date* | *Amount* | *Number* | *Date* | *Amount* |
|---|---|---|---|---|---|---|---|---|
| 1002 | 7/7 | 160.00 | 1003 | 7/6 | 35.00 | 1004 | 7/13 | 300.00 |

**Monthly service fee summary**

For complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period: 06/04/2026 - 06/30/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| The fee is waived for this period because you met the following waiver: The bank has waived the fee for this period | | |

Your monthly service fee can be avoided with any one of the following each fee period:

- Primary account owner is 17-24 years old
- A qualifying monthly non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking Program
- Maintain a minimum daily balance of $1500.00
- Qualifying electronic deposits totaling $500.00 or more
- $5,000 or more in qualifying deposit balances, investment balances or both

---

TIP **Report check fraud right away.** Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so **it's important to review the check image as soon as it clears.** Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.

# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**

Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

---

**Other Wells Fargo Benefits**

**Wells Fargo is serious about security.**
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at **wellsfargo.com/security** to learn more.

WELLS FARGO

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts**

  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:**

  Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**

  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

WELLS FARGO

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER

**A.** The ending balance shown on your statement.. . . . . . . . . . . . . . . . $________________

### ADD

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.

$________________
$________________
$________________
+$________________
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $________________

### CALCULATE THE SUBTOTAL

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $________________

### SUBTRACT

**C.** The total outstanding checks and withdrawals from the chart above. . . . . . . . . - $________________

### CALCULATE THE ENDING BALANCE

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register. . . . . . . . . . . . . . . . . . . . . $________________

| Number | Items outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total $** | |

**To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.**

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

EQUAL HOUSING LENDER

# Wells Fargo Everyday Checking



WELLS FARGO

SUSAN J WHITE
25422 TRABUCO RD STE 105-441
LAKE FOREST CA 92630-2791

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Vet travel sites and agents to help avoid vacation scams**

Scammers use AI to create realistic ads, booking sites, and even follow-up emails to steal your money and personal information.

A few smart habits can help protect your trip - and your wallet:
- **Use official sites and apps.** Fake travel sites often appear in search ads and are designed to steal your payment or login details.
- **Don't click links in unexpected or urgent emails.** Scammers may hack real reservation emails to request extra fees.
- **Be careful with sponsored customer service search results.** Scammers buy ads with fake airline or hotel customer service numbers. Travelers often encounter these scams during flight delays or cancellations.
- **Think twice about unusually cheap deals.** Too-good-to-be-true prices - especially amid today's rising travel costs - are a common scam tactic.

**Slow down and verify before you click, call, or pay.** Report suspicious messages or charges right away.

WELLS FARGO

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $0.00 |
| Deposits/Additions | 941.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 7/31** | **$941.00** |

Account number: [redacted]775 **(primary account)**
**SUSAN J WHITE**
*California account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 121042882

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending daily balance* |
|---|---|---|---|---|---|
| 7/3 | | Casdu Child Sup CA06000 260702 Dsb000197198074 Susan J White | 470.50 | | 470.50 |
| 7/20 | | Casdu Child Sup CA06000 260717 Dsb000197625923 Susan J White | 470.50 | | 941.00 |
| **Totals** | | | **$941.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period: 06/03/2026 - 06/30/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|

The fee is waived for this period because you met the following waiver: The bank has waived the fee for this period

Your monthly service fee can be avoided with any one of the following each fee period:

- Primary account owner is 17-24 years old
- A qualifying monthly non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking Program
- Maintain a minimum daily balance of $1500.00
- Qualifying electronic deposits totaling $500.00 or more
- $5,000 or more in qualifying deposit balances, investment balances or both

TIP **Report check fraud right away.** Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so **it's important to review the check image as soon as it clears.** Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.

# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

**Other Wells Fargo Benefits**

**Wells Fargo is serious about security.**
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at **wellsfargo.com/security** to learn more.

WELLS FARGO

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts**

  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:**

  Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**

  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

WELLS FARGO

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement.. . . . . . . . . . . . . . . . $________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$________
$________
$________
+$________
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above. . . . . . . . . - $________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register. . . . . . . . . . . . . . . . . . . . . $________

| Number | Items outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total $** | |

**To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.**

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

EQUAL HOUSING LENDER

| Recipient / Payee | Net spending | |
|---|---|---|
| Li Jianfeng — Zelle transfers | | $16,200.00 |
| Farmers Insurance Billing | | $4,488.08 |
| United Airlines | | $2,581.20 |
| Costco Wholesale / Costco.com | | $1,519.36 |
| Ralphs | | $1,181.59 |
| Harbor Freight Tools | | $1,003.04 |
| Saddleback Dermatology | | $918.22 |
| Southern California Edison | | $802.89 |
| Bravera Bank — loan payment / Frieda Baldwin | | $500.00 |
| Sam's Club / SamsClub.com | | $377.36 |
| Hanna's Restaurant | | $370.32 |
| Amazon / Amazon Prime | | $376.18 |
| Cox Communications | | $368.00 |
| South Orange County | | $345.03 |
| Check No. 1004 — payee not stated | | $300.00 |
| Irvine Ranch Water District | | $550.00 |
| Target | | $295.57 |
| Tuttle-Click Chrysler | | $287.86 |
| Grab-N-Go / Adam N | | $250.44 |
| Club Pilates | | $209.00 |
| Purpose Church | | $205.00 |
| Stater Bros. | | $202.35 |
| Lutheran Church | | $200.00 |
| American Horse Products | | $199.01 |
| SC Region 85 AYSO | | $193.50 |
| 7-Eleven | | $175.88 |
| L.S. Furly's Pet Supply | | $171.19 |
| Javier's — Irvine | | $163.93 |
| Passport Services — Check No. 1002 | | $160.00 |
| Lamppost Pizza | | $165.62 |
| Sephora | | $142.58 |
| Fever / Candlelight | | $120.96 |
| Google / YouTube Premium | | $119.00 |
| CVS / CVS ExtraCare | | $53.22 |
| Red Pepper | | $57.81 |
| Polly's Pies | | $57.43 |
| Serrano One Hour | | $54.50 |
| Xclusive Mexican | | $51.02 |
| Starbucks | | $49.46 |
| Walmart / WM Supercenter | | ($14.32) |
| Chick-fil-A | | $62.32 |
| Salt & Grinder | | $61.30 |
| Children's Hospital | | $60.00 |
| 7-Eleven | | $175.88 |
| Red Robin | | $33.15 |
| Uber | | $33.98 |
| Target cash-back excluded from merchant total | | $40.00 |
| Stater Bros. cash-back excluded from merchant total | | $50.00 |
| Walmart cash-back excluded from merchant total | | $100.00 |
| Ralphs cash-back excluded from merchant total | | $200.00 |
| Check No. 1003 — payee not stated | | $35.00 |
| TST Reunion Kitchen | | $35.55 |
| TST Sartori Thai Cuisine | | $34.55 |
| The UPS Store | | $36.78 |
| N. Dakota Bookstore | | $30.03 |
| Illusions Unlimited | | $225.00 |
| Scorpion Farms | | $70.00 |
| DGPremium Brands | | $213.35 |
| Google / YouTube TV | | $82.99 |
| Google / YouTube Premium | | $119.00 |
| Netflix | | $26.99 |
| Spotify | | $21.99 |
| BeenVerified | | $26.89 |
| CNN News | | $14.65 |
| Mariners Church | | $10.00 |
| SC Campus Police / permit | | $80.00 |
| UCI Transportation / Parking | | $13.00 |
| SQ Ace Parking | | $15.00 |
| FedEx Office | | $3.23 |
| City of Laguna Beach | | $23.60 |
| Qargo Coffee | | $5.38 |
| Bagels & Brew | | $5.35 |
| Voodoo Doughnuts | | $6.21 |
| Taco Bell | | $7.08 |
| PetSmart | | $12.87 |
| Laa Legends Concession | | $12.39 |
| SQ Angels Stadium | | $30.00 |
| SQ Maral Derkriko | | $30.00 |
| IN-N-Out | | $39.22 |
| Home Depot — net of refund | | $17.67 |
| Adidas — payment offset by matching refund | | $0.00 |
| Nike — refund without a corresponding July charge shown | | ($140.08) |
| Shsnd-Oscar Zero | | $20.00 |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

26632 Towne Centre Drive #300, Foothill Ranch, CA 92610

A true and correct copy of the foregoing document entitled (*specify*):

Monthly Operating Report

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **08/24/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman aaltman@ecf.courtdrive.com, lakeforestbankruptcy@jubileebk.net
Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Kenneth Misken Kenneth.M.Misken@usdoj.gov
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **08/24/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **08/24/2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **08/24/2026** | **Anerio Ventura Altman, Esq.** | **/s/ Anerio Ventura Altman, Esq.** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |