| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Anerio V. Altman, Esq. #228445<br>Lake Forest Bankruptcy II, APC<br>26632 Towne Centre Drive #300<br>Foothill Ranch, CA 92610<br>Phone and Fax: (949) 218-2002<br>avaesq@lakeforestbkoffice.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor-In-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: | CASE NO.: 8:26-bk-11720-SC |
|---|---|
| Susan Jo White | CHAPTER: 11 |
| | **NOTICE OF MOTION AND MOTION FOR ORDER SETTING BAR DATE FOR FILING PROOFS OF CLAIM [FRBP 3003(c)(3); LBR 3003-1]** |
| Debtor(s). | This motion is being made under **ONLY ONE** of the following notice procedures:<br>☒ **No hearing: LBR 9013-1(q); or**<br>☐ **Hearing set on regular notice: LBR 9013-1(d)**<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

1. **PLEASE TAKE NOTICE THAT** the movant requests an order setting a bar date to file proofs of claim.

2. **NOTICE PROVISIONS AND DEADLINES FOR FILING AND SERVING A WRITTEN RESPONSE:** Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. You must serve a copy of your opposition upon the Debtor and the Debtor's attorney (if any), the United States trustee, the committee of general unsecured creditors (if any), the chapter 11 trustee and trustee's counsel (if any) and on the presiding judge pursuant to LBR 5005-2(d) and the Court Manual.

   a. ☒ **No Hearing Scheduled; Notice Provided Under LBR 9013-1(q):** This Motion is filed pursuant to LBR 9013-1(q), which provides for granting of motions without a hearing. The full Motion is attached, including the legal and factual grounds upon which the Motion is made.

b. ☐ **Hearing Set on Regular Notice; Notice Provided Under LBR 9013-1(d):** This Motion is set for hearing on regular notice pursuant to LBR 9013-1(d). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing.** Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

c. ☐ **Other** (*specify*):

Date: ______________ By: ______________________________
Signature of Debtor, chapter 11 trustee, or their attorney

Name: ANERIO V. ALTMAN, ESQ.
Printed name of Debtor, chapter 11 trustee, or their attorney

## MOTION FOR ORDER SETTING BAR DATE FOR FILING PROOFS OF CLAIM

A party administering a chapter 11 estate must ascertain which creditors assert claims against the estate, and the validity of those claims. A proposed form of notice of Bar Date (using mandatory LBR form F 3003-1.NOTICE.BARDATE) is attached to this motion as an exhibit.

The movant requests the court to order as follows, pursuant to FRBP 3003(c)(3):

1. Approve a Bar Date of (*date*) 10/30/2026

2. Approve the attached form of notice (any proposed changes to the mandatory local form must be prominently noted).

3. Set a deadline of (*date*) 08/28/2026 for the movant to serve the attached notice on all creditors and the United States trustee.

Date: 8/9/26

By: [signature]
Signature of Debtor, chapter 11 trustee, or their attorney

Name: Anerio V. Altman, Esq.
Printed name of Debtor, chapter 11 trustee, or their attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

26632 Towne Centre Drive #300, Foothill Ranch, CA 92610

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR ORDER SETTING BAR DATE FOR FILING PROOFS OF CLAIM [FRBP 3003(c)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/27/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman aaltman@ecf.courtdrive.com, avaesq@ecf.courtdrive.com
Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Kenneth Misken Kenneth.M.Misken@usdoj.gov
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 08/27/2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 08/27/2026 | Anerio V. Altman, Esq. | |
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.