| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Anerio V. Altman, Esq. #228445<br>Lake Forest Bankruptcy II, APC<br>26632 Towne Centre Drive #300<br>Foothill Ranch, CA 92610<br>Phone and Fax: (949) 218-2002<br>avaesq@lakeforestbkoffice.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor-In-Possession | FILED & ENTERED<br>AUG 27 2026<br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – Santa Ana DIVISION**

| In re: | CASE NO.: 8:26-bk-11720-SC<br>CHAPTER: 11 |
|---|---|
| Susan Jo White<br><br>Debtor(s) | **ORDER SETTING BAR DATE FOR FILING PROOFS OF CLAIM**<br>**[FRBP 3003(c)(3); LBR 3003-1]**<br><br>☒ **No hearing: LBR 9013-1(q)**<br>☐ **Hearing information**<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

Based either on a filed motion to set a bar date or on this court's own motion, IT IS ORDERED THAT:

1. The general bar date for creditors of the Debtor to file proofs of claim (Bar Date) is *(date)* October 30, 2026, with the exceptions set forth in mandatory court form F 3003-1.NOTICE.BARDATE. With respect to governmental units, the person completing the notice is responsible for ensuring that it states the correct exception. If the stated deadline is incorrect, then the actual deadline is hereby set as the latter of (a) the incorrect date stated in the notice, (b) the statutory deadline (11 U.S.C. §§ 101(27) and 502(b)(9)), or (c) the general Bar Date.

//

2. On or before (*date*) August 28, 2026, the Debtor must serve written notice of the bar date, using mandatory court form F 3003-1.NOTICE.BARDATE, on all creditors and the United States trustee.

3. ☐ Other (*specify*):

###

Date: August 27, 2026

Scott C. Clarkson
United States Bankruptcy Judge