| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Anerio V. Altman, Esq. #228445<br>Lake Forest Bankruptcy II, APC<br>26632 Towne Centre Drive #300<br>Foothill Ranch, CA 92610<br>Phone and Fax: (949) 218-2002<br>avaesq@lakeforestbkoffice.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor-In-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: | CASE NO.: 8:26-bk-11720-SC |
|---|---|
| Susan Jo White | CHAPTER: 11 |
| | **NOTICE OF MOTION AND MOTION FOR ORDER SETTING BAR DATE FOR FILING PROOFS OF CLAIM [FRBP 3003(c)(3); LBR 3003-1]** |
| Debtor(s). | This motion is being made under **ONLY ONE** of the following notice procedures:<br>☒ **No hearing: LBR 9013-1(q); or**<br>☐ **Hearing set on regular notice: LBR 9013-1(d)**<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

1. **PLEASE TAKE NOTICE THAT** the movant requests an order setting a bar date to file proofs of claim.

2. **NOTICE PROVISIONS AND DEADLINES FOR FILING AND SERVING A WRITTEN RESPONSE:** Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. You must serve a copy of your opposition upon the Debtor and the Debtor's attorney (if any), the United States trustee, the committee of general unsecured creditors (if any), the chapter 11 trustee and trustee's counsel (if any) and on the presiding judge pursuant to LBR 5005-2(d) and the Court Manual.

   a. ☒ **No Hearing Scheduled; Notice Provided Under LBR 9013-1(q):** This Motion is filed pursuant to LBR 9013-1(q), which provides for granting of motions without a hearing. The full Motion is attached, including the legal and factual grounds upon which the Motion is made.

**MOTION FOR ORDER SETTING BAR DATE FOR FILING PROOFS OF CLAIM**

A party administering a chapter 11 estate must ascertain which creditors assert claims against the estate, and the validity of those claims. A proposed form of notice of Bar Date (using mandatory LBR form F 3003-1.NOTICE.BARDATE) is attached to this motion as an exhibit.

The movant requests the court to order as follows, pursuant to FRBP 3003(c)(3):

1. Approve a Bar Date of (*date*) 10/30/2026
2. Approve the attached form of notice (any proposed changes to the mandatory local form must be prominently noted).
3. Set a deadline of (*date*) 08/28/2026 for the movant to serve the attached notice on all creditors and the United States trustee.

Date: 8/9/26

By: ______________________
Signature of Debtor, chapter 11 trustee, or their attorney

Name: Anerio V. Altman, Esq.
Printed name of Debtor, chapter 11 trustee, or their attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
26632 Towne Centre Drive #300, Foothill Ranch, CA 92610

A true and correct copy of the foregoing document entitled: **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/28/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman aaltman@ecf.courtdrive.com, avaesq@ecf.courtdrive.com
Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Kenneth Misken Kenneth.M.Misken@usdoj.gov
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 08/28/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 08/28/2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/28/2026 | ANERIO V. ALTMAN, ESQ. | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

abel Matrix for local noticing
973-8
ase 8:26-bk-11720-SC
entral District of California
anta Ana
ri Aug 28 07:42:10 PDT 2026

Law Offices of Hollie A. Lemkin, APC
3090 Bristol Street #400
Costa Mesa, CA 92626-3063

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

harles Schwab
O Box 5050
ichfield, OH 44286-5050

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
S Louis, MO 63179-0040

Equifax
Po Box 105281
Atlanta, GA 30348-5281

xperian
.O. Box 9530
llen, TX 75013

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Franchise Tax Board
PERSONAL BANKRUPTCY MS A340
PO BOX 2952
Sacramento, CA 95812-2952

ranchise Tax Board
ersonal Bankruptcy MS A340
O Box 942867
acramento, CA 94267-0001

Frieda Baldwin
13432 2nd Street
Hope, ND 58046-9049

Gilligan Frisco & Trutanich, LLP
One World Trade Center Suite 1740
Long Beach, CA 90831-0002

nternal Revenue Service
entralized Insolvency Operation
O Box 7346
hiladelphia, PA 19101-7346

Jianfeng Le
26 Boulder View
Irvine, CA 92603-0410

Law Office of Hollie A. Lemkin
Law Office of John Teal
23 Corporate Plaza Dr #150
Newport Beach, CA 92660-7908

aw Office of Hollie A. Lemkin
aw Offices of Hollie A. Lemkin
00 Anton Boulevard 640
osta Mesa, CA 92626-7693

Nexus Bankruptcy
3090 Bristol Street 400
Costa Mesa, CA 92626-3063

Nordstrom Signature Visa
Colorado Service Center
PO Box 6555
Englewood, CO 80155-6555

he UPS Store
5422 Trabuco Road 105
ake Forest, CA 92630-2798

Transunion
Transunion Customer Solutions
Po Box 2000
Chester, PA 19016-2000

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

erizon
y AIS InfoSource LP as agent
O Box 661380
allas, TX 75266-1380

Anerio V Altman
Lake Forest Bankruptcy II, APC
26632 Towne Centre Dr #300
Foothill Ranch, CA 92610-2814

Anerio V. Altman
Lake Forest Bankruptcy II, APC
26632 Towne Centre Dr Ste 300
Foothill Ranch, CA 92610-2814

usan Jo White
0 Snowberry Lake
ake Forest, CA 92630-8383

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients 24
Bypassed recipients 1
Total 25