| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Lake Forest Bankruptcy**<br>**Anerio Ventura Altman, Esq.**<br>**Lake Forest Bankruptcy II, APC**<br>**Po Box 515381 Pmb 97627**<br>**Los Angeles, CA 90051**<br>**Phone: (949) 218-2002**<br>**Email: avaesq@lakeforestbkoffice.com**<br>**Bar Number: 228445**<br>**Attorney for Debtor**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Susan Jo White<br><br>Debtor(s) | CASE NO.: 8:26-bk-11720-SC<br>CHAPTER: 11<br><br>**SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST AND/OR STATEMENTS [LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.

Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B ☐ Schedule C ☑ Schedule D ☑ Schedule E/F ☐ Schedule G
☐ Schedule H ☐ Schedule I ☐ Schedule J ☐ Schedule J-2 ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers ☐ Statement of Intention ☐ Master Mailing List
☐ Other (*specify*) ______________________

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and/or statements are true and correct.

Date: 8/28/2026

Susan Jo White [signature]
Susan Jo White
Debtor 1 Signature

______________________
Debtor 2 (Joint Debtor) Signature (if applicable)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Fill in this information to identify your case:

Debtor 1: Susan Jo White
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Central District of California

Case number (if known) 8:26-bk-11720

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

| 2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.1 Charles Schwab — Describe the property that secures the claim: 401K through employer Your One Trust | $38,566.09 | $221,910.43 | $0.00 |

2.1 **Charles Schwab**
Creditor's Name

**PO Box 5050**
Number Street

**Richfield, OH 44286**
City State ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** ______

**Describe the property that secures the claim:** 401K through employer Your One Trust

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) 401K loan

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** 401K through employer Your Riverbed Technology, Inc. - $221910.43

**Add the dollar value of your entries in Column A on this page. Write that number here:** $38,566.09

Fill in this information to identify your case:

Debtor 1: Susan Jo White
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Central District of California

Case number (if known): 8:26-bk-11720

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**

❑ No. Go to Part 2.
☑ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.1 Franchise Tax Board | $1,786.69 | $1,786.69 | $0.00 |

**2.1** Franchise Tax Board
Priority Creditor's Name
Personal Bankruptcy MS A340
PO Box 942867
Number Street
Sacramento, CA 94267
City State ZIP Code

**Last 4 digits of account number** 2 0 2 5

**When was the debt incurred?** 4./15/2026

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
☑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify ______

Debtor 1 **Susan** **Jo** **White** Case number *(if known)* **8:26-bk-11720**
First Name Middle Name Last Name

**Part 1: Your PRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | **Total claim** | **Priority amount** | **Nonpriority amount**

2.2 **Internal Revenue Service**
Priority Creditor's Name
**Centralized Insolvency Operation**
**Po Box 7346**
Number Street
**Philadelphia, PA 19101-7346**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — Total claim: **$3,108.92** — Priority amount: **$3,108.92** — Nonpriority amount: **$0.00**

**When was the debt incurred?** **09/26/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

2.3 **Internal Revenue Service**
Priority Creditor's Name
**Centralized Insolvency Operation**
**Po Box 7346**
Number Street
**Philadelphia, PA 19101-7346**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — Total claim: **$4,985.23** — Priority amount: **$4,985.23** — Nonpriority amount: **$0.00**

**When was the debt incurred?** **07/31/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 **Susan** **Jo** **White** Case number *(if known)* **8:26-bk-11720**
First Name Middle Name Last Name

**Part 1:** **Your PRIORITY Unsecured Claims – Continuation Page**

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.4 **Internal Revenue Service** — Last 4 digits of account number ___ ___ ___ ___ | **$7,902.53** | **$7,902.53** | **$0.00** |

**Internal Revenue Service**
Priority Creditor's Name
**Centralized Insolvency Operation**
**Po Box 7346**
Number Street
**Philadelphia, PA 19101-7346**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** **06/08/2026**

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ____________________

Debtor 1 **Susan** **Jo** **White** Case number *(if known)* **8:26-bk-11720**
First Name Middle Name Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

❑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** **Citibank**
Nonpriority Creditor's Name
**Citicorp Cr Srvs/Centralized Bankruptcy**
**PO Box 790040**
Number Street
**S Louis, MO 63129**
City State ZIP Code

**Last 4 digits of account number** **1 3 3 0** — **$15,088.41**

**When was the debt incurred?** **7/1/1998**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CreditCard**

**Is the claim subject to offset?**
☑ No
❑ Yes

**4.2** **Citibank**
Nonpriority Creditor's Name
**Citicorp Cr Srvs/Centralized Bankruptcy**
**PO Box 790040**
Number Street
**S Louis, MO 63129**
City State ZIP Code

**Last 4 digits of account number** **3 8 3 5** — **$0.00**

**When was the debt incurred?** **1/1/2004**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CreditCard**

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor 1 Susan Jo White — Case number (if known) 8:26-bk-11720
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

4.3 **Franchise Tax Board**
Nonpriority Creditor's Name
**Personal Bankruptcy MS A340**
**PO Box 942867**
Number Street
**Sacramento, CA 94267**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$48,326.01**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify ________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.4 **Frieda Baldwin**
Nonpriority Creditor's Name
**13432 2nd Street**
Number Street

**Hope, ND 58046**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$7,800.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Monies Loaned / Advanced**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 **Susan** **Jo** **White** Case number *(if known)* **8:26-bk-11720**

First Name Middle Name Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.5 **Gilligan Frisco & Trutanich, LLP**

Nonpriority Creditor's Name

**One World Trade Center Suite 1740**

Number Street

**Long Beach, CA 90831**

City State ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$14,653.84**

**When was the debt incurred?** **01/31/2023**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ____________

4.6 **Internal Revenue Service**

Nonpriority Creditor's Name

**Centralized Insolvency Operation**

**Po Box 7346**

Number Street

**Philadelphia, PA 19101-7346**

City State ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$19,021.30**

**When was the debt incurred?** **11/24/2014**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify ____________

Debtor 1 **Susan** **Jo** **White** Case number *(if known)* **8:26-bk-11720**
First Name Middle Name Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.7 **Internal Revenue Service**
Nonpriority Creditor's Name
**Centralized Insolvency Operation**
**Po Box 7346**
Number Street
**Philadelphia, PA 19101-7346**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$81,787.76**

**When was the debt incurred?** **11/23/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify ____________

4.8 **Internal Revenue Service**
Nonpriority Creditor's Name
**Centralized Insolvency Operation**
**Po Box 7346**
Number Street
**Philadelphia, PA 19101-7346**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$82,568.05**

**When was the debt incurred?** **08/28/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify ____________

Debtor 1 Susan Jo White — Case number (if known) 8:26-bk-11720
First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.9 **Internal Revenue Service**
Nonpriority Creditor's Name
**Centralized Insolvency Operation**
**Po Box 7346**
Number Street
**Philadelphia, PA 19101-7346**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$57,549.41**

**When was the debt incurred?** 11/05/2018

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.10 **Internal Revenue Service**
Nonpriority Creditor's Name
**Centralized Insolvency Operation**
**Po Box 7346**
Number Street
**Philadelphia, PA 19101-7346**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$25,031.42**

**When was the debt incurred?** 12/28/2020

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 **Susan** **Jo** **White** Case number *(if known)* **8:26-bk-11720**
First Name Middle Name Last Name

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.11 **Internal Revenue Service**
Nonpriority Creditor's Name
**Centralized Insolvency Operation**
**Po Box 7346**
Number Street
**Philadelphia, PA 19101-7346**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$34,006.48**

**When was the debt incurred?** **11/04/2019**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ❑ Other. Specify ______________________

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

4.12 **Internal Revenue Service**
Nonpriority Creditor's Name
**Centralized Insolvency Operation**
**Po Box 7346**
Number Street
**Philadelphia, PA 19101-7346**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$19,038.07**

**When was the debt incurred?** **11/23/2020**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ❑ Other. Specify ______________________

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Debtor 1 **Susan** **Jo** **White** Case number *(if known)* **8:26-bk-11720**
First Name Middle Name Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.13 **Internal Revenue Service**
Nonpriority Creditor's Name
**Centralized Insolvency Operation**
**Po Box 7346**
Number Street
**Philadelphia, PA 19101-7346**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$15,826.46**

**When was the debt incurred?** **07/05/2021**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ❑ Other. Specify ____________

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

4.14 **Law Office of Hollie A. Lemkin**
Nonpriority Creditor's Name
**Law Offices of Hollie A. Lemkin**
**600 Anton Boulevard 640**
Number Street
**Costa Mesa, CA 92626**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$540,476.62**

**When was the debt incurred?** **1/1/2013**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Subject of Lawsuit listed on SOFA**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Remarks:** This claim is disputed only to the extent that Creditor claims it is non-dischargeable.

Debtor 1 **Susan** **Jo** **White** Case number *(if known)* **8:26-bk-11720**
First Name Middle Name Last Name

**Part 2:** **Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.15 **Nordstrom Signature Visa**
Nonpriority Creditor's Name
**Colorado Service Center**
**PO Box 6555**
Number Street
**Englewood, CO 80155-6555**
City State ZIP Code

**Last 4 digits of account number** **7 4 6 6** **$23,612.00**

**When was the debt incurred?** **7/1/2007**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CreditCard**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 **Susan** **Jo** **White** Case number *(if known)* **8:26-bk-11720**
First Name Middle Name Last Name

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

1. **Nexus Bankruptcy**
Name
**3090 Bristol Street 400**
Number Street

**Costa Mesa, CA 92626**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.14** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor 1 | Susan | Jo | White | Case number *(if known)* 8:26-bk-11720 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | | | Total claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | | **$17,783.37** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | | **$17,783.37** |

| | | | | | Total claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + | **$984,785.83** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | | **$984,785.83** |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

26632 Towne Centre Drive #300, Foothill Ranch, CA 92610

A true and correct copy of the foregoing document entitled (*specify*):

Amended Schedules D, E/F

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **08/29/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman aaltman@ecf.courtdrive.com, lakeforestbankruptcy@jubileebk.net
Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Kenneth Misken Kenneth.M.Misken@usdoj.gov
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **08/29/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **08/29/2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **08/29/2026** | **Anerio Ventura Altman, Esq.** | **/s/ Anerio Ventura Altman, Esq.** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Label Matrix for local noticing
0973-8
Case 8:26-bk-11720-SC
Central District of California
Santa Ana
Sat Aug 29 15:15:18 PDT 2026

Law Offices of Hollie A. Lemkin, APC
3090 Bristol Street #400
Costa Mesa, CA 92626-3063

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Charles Schwab
PO Box 5050
Richfield, OH 44286-5050

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
S Louis, MO 63179-0040

Equifax
Po Box 105281
Atlanta, GA 30348-5281

Experian
P.O. Box 9530
Allen, TX 75013

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Franchise Tax Board
PERSONAL BANKRUPTCY MS A340
PO BOX 2952
Sacramento, CA 95812-2952

Franchise Tax Board
Personal Bankruptcy MS A340
PO Box 942867
Sacramento, CA 94267-0001

Frieda Baldwin
13432 2nd Street
Hope, ND 58046-9049

Gilligan Frisco & Trutanich, LLP
One World Trade Center Suite 1740
Long Beach, CA 90831-0002

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jianfeng Le
26 Boulder View
Irvine, CA 92603-0410

Law Office of Hollie A. Lemkin
Law Office of John Teal
23 Corporate Plaza Dr #150
Newport Beach, CA 92660-7908

Law Office of Hollie A. Lemkin
Law Offices of Hollie A. Lemkin
600 Anton Boulevard 640
Costa Mesa, CA 92626-7693

Nexus Bankruptcy
3090 Bristol Street 400
Costa Mesa, CA 92626-3063

Nordstrom Signature Visa
Colorado Service Center
PO Box 6555
Englewood, CO 80155-6555

The UPS Store
25422 Trabuco Road 105
Lake Forest, CA 92630-2798

Transunion
Transunion Customer Solutions
Po Box 2000
Chester, PA 19016-2000

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Verizon
by AIS InfoSource LP as agent
PO Box 661380
Dallas, TX 75266-1380

Anerio V Altman
Lake Forest Bankruptcy II, APC
26632 Towne Centre Dr #300
Foothill Ranch, CA 92610-2814

Anerio V. Altman
Lake Forest Bankruptcy II, APC
26632 Towne Centre Dr Ste 300
Foothill Ranch, CA 92610-2814

Susan Jo White
10 Snowberry Lake
Lake Forest, CA 92630-8383

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 24 |
| Bypassed recipients | 1 |
| Total | 25 |