**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Creditor,
Law Offices of Hollie A. Lemkin, APC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>SUSAN JO WHITE,<br><br>Debtor. | **Case No: 8:26-bk-11720-SC**<br><br>**Chapter 11**<br><br>**STIPULATION TO EXTEND DEADLINES FOR LAW OFFICES OF HOLLIE A. LEMKIN TO FILE COMPLAINT OBJECTING TO DISCHARGE AND COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT** |

Creditor Law Offices of Hollie A. Lemkin, APC ("Lemkin"), and Debtor Susan Jo White ("Debtor"), by and through their respective counsel, hereby stipulate as follows:

1. The current deadline for Lemkin to file a complaint to determine the dischargeability of debt under Federal Rule of Bankruptcy Procedure 4007(c) is September 8, 2026.
2. The parties understand that the Debtor's Chapter 11 case is expected to be converted to Chapter 7. Upon conversion, Federal Rule of Bankruptcy Procedure 1019 provides for new periods for certain objections to discharge and complaints to determine dischargeability.
3. In light of the anticipated conversion, the parties wish to avoid unnecessary and potentially duplicative litigation while preserving Lemkin's rights in the event conversion is delayed, denied, or does not otherwise occur as anticipated.
4. Accordingly, the parties stipulate and request that, solely as to Lemkin, any presently applicable deadline under Federal Rules of Bankruptcy Procedure 4004 and 4007 to file a

complaint objecting to discharge or to determine dischargeability of debt be extended through and including December 7, 2026, or the date set by the Court upon conversion to Chapter 7, whichever is sooner.

5. This Stipulation applies only to Law Offices of Hollie A. Lemkin, APC and does not extend any deadline for any other creditor, party in interest, the United States Trustee, or any other person or entity.

6. The parties intend the timely filing of this Stipulation before expiration of the September 8, 2026 deadline to constitute their timely joint request for an extension under Rules 4004 and 4007, subject to approval by the Court. Debtor stipulates to entry of an order approving this Stipulation and agrees not to assert that Lemkin's complaint or objection is untimely solely because the Court enters its order after September 8, 2026.

7. This Stipulation is intended solely to preserve Lemkin's rights and shall not constitute an admission by either party concerning the merits of any objection to discharge, dischargeability claim, the propriety of conversion, or any other substantive issue.

IT IS SO STIPULATED.

NEXUS BANKRUPTCY

Date: 9/8/2026

/s/Benjamin Heston
BENJAMIN HESTON,
Attorney for Creditor,
Law Offices of Hollie A. Lemkin, APC

LAKE FOREST BANKRUPTCY

Date: 9/8/2026

ANERIO ALTMAN,
Attorney for Debtor,
Susan Jo White

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO EXTEND DEADLINES FOR LAW OFFICES OF HOLLIE A. LEMKIN TO FILE COMPLAINT OBJECTING TO DISCHARGE AND COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/8/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman aaltman@ecf.courtdrive.com, avaesq@ecf.courtdrive.com
Kenneth Misken Kenneth.M.Misken@usdoj.gov
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 9/8/2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/8/2026 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |