Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy II APC
26632 Towne Centre Drive #300
Foothill Ranch, CA 92610
Phone and Fax: (949) 218-2002
avaesq@laeforestbkoffice.com

☐ Individual *appearing without an attorney*
☒ *Attorney for:* DEBTOR-IN-POSSESSION

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

In re:

SUSAN JO WHITE

Debtor(s)

CASE NO.: 8:26-bk-11720-SC

CHAPTER: 11

**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):
MOTION TO CONVERT

PLEASE TAKE NOTE that the order titled Motion to Convert

was lodged on (*date*) 09/11/2026 and is attached. This order relates to the motion which is docket number N/A

[1] Please abbreviate if title cannot fit into text field.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

26632 Towne Centre Drive #300, Foothill Ranch, CA 92610

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/11/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Anerio V Altman aaltman@ecf.courtdrive.com, lakeforestbankruptcy@jubileebk.net
Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Kenneth Misken Kenneth.M.Misken@usdoj.gov
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) ______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/11/2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/11/2026 | ANERIO V. ALTMAN, ESQ. | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Lake Forest Bankruptcy II, APC
Anerio V. Altman, Esq. #228445
avaesq@lakeforestbkoffice.com
Jay Chien, Esq. #251343
attorneyjkc@gmail.com
26632 Towne Centre Drive #300
Foothill Ranch, CA 92610
Phone and Fax: (949) 218-2002
Proposed Attorneys for Debtor and Debtor-In Possession,
SUSAN JO WHITE

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>SUSAN JO WHITE<br><br>Debtor and<br>Debtor-in-Possession. | Case No: 8:26-bk-11720-SC<br><br>Chapter 11<br><br>**ORDER ON *MOTION TO CONVERT CASE TO CHAPTER 7***<br><br>**JUDGE:**<br>HON. SCOTT CLARKSON<br><br>**HEARING HELD:**<br>**SEPTEMBER 2, 2026 AT 1:30 P.M.** |

///

///

///

On September 2nd, 2026 at 1:30 P.M., Susan J. White, by and through counsel, Creditor Hollie Lemkin, by and through counsel, and the United States Trustee, by and through counsel, appeared on Creditor Hollie Lemkin's *Motion to Dismiss Chapter 11 Case for Bad Faith and to Impose a Two Or More Year Refiling Bar* filed as Docket #18 and the regularly scheduled status conference.

Based upon review of the moving papers, argument held in court, and cause shown,

IT IS ORDERED,

1. This case is a non-consumer matter; and
2. This case is converted to Chapter 7. The United States Trustee is instructed to appoint a Chapter 7 Trustee to this matter upon conversion.

###

L . O . U
Lodged Order Upload

# Bankruptcy LODGED ORDER UPLOAD FORM

Friday, September 11, 2026

CONFIRMATION :

Your Lodged Order Info:
( **11356593.docx** )
A new order has been added

- **Office**: Santa Ana
- **Case Title**: Susan Jo White
- **Case Number**: 26-11720
- **Judge Initial**: SC
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 1
- **On Date**: 09/11/2026 @ 11:43 AM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012