United States Bankruptcy Court

Central District of California

In re:
Susan Jo White
Debtor

Case No. 26-11720-SC
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-8 User: admin Page 1 of 1
Date Rcvd: Sep 10, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Susan Jo White, 10 Snowberry Lake, Lake Forest, CA 92630-8383 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Anerio V Altman | on behalf of Plaintiff Susan Jo White aaltman@ecf.courtdrive.com avaesq@ecf.courtdrive.com |
| Anerio V Altman | on behalf of Debtor Susan Jo White aaltman@ecf.courtdrive.com avaesq@ecf.courtdrive.com |
| Benjamin Heston | on behalf of Creditor Law Offices of Hollie A. Lemkin APC bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Kenneth Misken | on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 5

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Creditor,
Law Offices of Hollie A. Lemkin, APC

FILED & ENTERED

SEP 09 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

In re:

SUSAN JO WHITE,

Debtor.

**Case No: 8:26-bk-11720-SC**

**Chapter 11**

**ORDER ON STIPULATION TO EXTEND DEADLINES FOR LAW OFFICES OF HOLLIE A. LEMKIN TO FILE COMPLAINT OBJECTING TO DISCHARGE AND COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

The Court, having reviewed the Stipulation to Extend Deadlines for Law Offices of Hollie A. Lemkin to File Complaint Objecting to Discharge and Complaint to Determine Dischargeability of Debt filed as Docket #42 (the "Stipulation"), and good cause appearing,

**IT IS HEREBY ORDERED:**

1. As to creditor Law Offices of Hollie A. Lemkin, APC ("Lemkin"), any applicable deadline under Federal Rules of Bankruptcy Procedure 4004 and 4007 to file a complaint objecting to discharge or to determine dischargeability of debt is extended through and including December 7, 2026, or the date set by the Court upon conversion of this case to Chapter 7, whichever is sooner.
2. This Order does not extend any deadline for any other creditor, party in interest, the United States Trustee, or any other person or entity.
3. The filing of the Stipulation before expiration of the September 8, 2026 deadline constitutes the parties' timely joint request for an extension under Rules 4004 and 4007,

and the effectiveness of this Order shall not be affected by entry of the Order after September 8, 2026.

###

Date: September 9, 2026

Scott C. Clarkson
United States Bankruptcy Judge