Lake Forest Bankruptcy II, APC
Anerio V. Altman, Esq. #228445
avaesq@lakeforestbkoffice.com
Jay Chien, Esq. #251343
attorneyjkc@gmail.com
26632 Towne Centre Drive #300
Foothill Ranch, CA 92610
Phone and Fax: (949) 218-2002
Proposed Attorneys for Debtor and Debtor-In Possession,
SUSAN JO WHITE

FILED & ENTERED

SEP 18 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

SUSAN JO WHITE

Debtor and
Debtor-in-Possession.

Case No: 8:26-bk-11720-SC

Chapter 11

**ORDER ON MOTION TO CONVERT CASE TO CHAPTER 7**

**JUDGE:**
HON. SCOTT CLARKSON

**HEARING HELD:**
**SEPTEMBER 2, 2026 AT 1:30 P.M.**

///

///

///

On September 2, 2026 at 1:30 p.m., Susan J. White, by and through counsel, Creditor Hollie Lemkin, by and through counsel, and the United States Trustee, by and through counsel, appeared on Creditor Hollie Lemkin's *Motion to Dismiss Chapter 11 Case for Bad Faith and to Impose a Two Or More Year Refiling Bar* filed as Docket #18 and the regularly scheduled status conference.

Based upon review of the moving papers, the docket as a whole, the arguments presented at the hearing, and for the reasons stated on the record, the Court finds good cause to order as follows:

1. This case is converted to Chapter 7 for reasons stated on the record; and
2. The United States Trustee is instructed to appoint a Chapter 7 Trustee to this matter upon conversion.

**IT IS SO ORDERED.**

###

Date: September 18, 2026

Scott C. Clarkson
United States Bankruptcy Judge