PETER ANDERSON
UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
411 WEST FOURTH STREET, SUITE 7160
SANTA ANA, CALIFORNIA 92701
TELEPHONE: (714) 338-3400

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>**SUSAN JO WHITE**<br><br>Debtor. | CASE NO.: **8:26-bk-11720-SC**<br><br>CHAPTER 7<br><br>NOTICE OF APPOINTMENT OF TRUSTEE AND FIXING OF BOND; ACCEPTANCE OF APPOINTMENT AS TRUSTEE |

PURSUANT TO 11 U.S.C. § 701 and 11 U.S.C. §322

Thomas H Casey
26400 La Alameda, Suite 210
Mission Viejo, CA 92691

is appointed Interim Trustee in the above captioned matter and is hereby designated to preside at the meeting of creditors. This case is covered by the Chapter 7 blanket bond on file with the Court on behalf of the Trustees listed on Schedule A of the bond and any amendments or modifications thereto.

DATED: September 21, 2026

PETER ANDERSON
United States Trustee

I, the undersigned, affirm that to the best of my knowledge and belief, I am disinterested within the meaning of 11 U.S.C. § 101(14), and on this basis, I hereby accept my appointment as Interim Trustee. I will immediately notify the United States Trustee if I become aware of any facts to the contrary.

DATED: 9/21/26

Thomas H. Casey
THOMAS H. CASEY
Interim Trustee