United States Bankruptcy Court

Central District of California

In re:
Susan Jo White
Debtor

Case No. 26-11720-SC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8 User: admin Page 1 of 1
Date Rcvd: Sep 21, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Jo White, 10 Snowberry Lake, Lake Forest, CA 92630-8383 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anerio V Altman | on behalf of Plaintiff Susan Jo White aaltman@ecf.courtdrive.com avaesq@ecf.courtdrive.com |
| Anerio V Altman | on behalf of Debtor Susan Jo White aaltman@ecf.courtdrive.com avaesq@ecf.courtdrive.com |
| Benjamin Heston | on behalf of Creditor Law Offices of Hollie A. Lemkin APC bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Kenneth Misken | on behalf of U.S. Trustee United States Trustee (SA) Kenneth.M.Misken@usdoj.gov |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 5

Lake Forest Bankruptcy II, APC
Anerio V. Altman, Esq. #228445
avaesq@lakeforestbkoffice.com
Jay Chien, Esq. #251343
attorneyjkc@gmail.com
26632 Towne Centre Drive #300
Foothill Ranch, CA 92610
Phone and Fax: (949) 218-2002
Proposed Attorneys for Debtor and Debtor-In Possession,
SUSAN JO WHITE

FILED & ENTERED

SEP 18 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

SUSAN JO WHITE

Debtor and
Debtor-in-Possession.

Case No: 8:26-bk-11720-SC

Chapter 11

**ORDER ON MOTION TO CONVERT CASE TO CHAPTER 7**

**JUDGE:**
HON. SCOTT CLARKSON

**HEARING HELD:**
**SEPTEMBER 2, 2026 AT 1:30 P.M.**

///

///

///

On September 2, 2026 at 1:30 p.m., Susan J. White, by and through counsel, Creditor Hollie Lemkin, by and through counsel, and the United States Trustee, by and through counsel, appeared on Creditor Hollie Lemkin's *Motion to Dismiss Chapter 11 Case for Bad Faith and to Impose a Two Or More Year Refiling Bar* filed as Docket #18 and the regularly scheduled status conference.

Based upon review of the moving papers, the docket as a whole, the arguments presented at the hearing, and for the reasons stated on the record, the Court finds good cause to order as follows:

1. This case is converted to Chapter 7 for reasons stated on the record; and
2. The United States Trustee is instructed to appoint a Chapter 7 Trustee to this matter upon conversion.

**IT IS SO ORDERED.**

###

Date: September 18, 2026

Scott C. Clarkson
United States Bankruptcy Judge