Order Number: ________

# United States Bankruptcy Court
# Central District of California

## Audio Recording of Court Proceedings Order Form

### Ordering Party Information

Name: Benjamin Heston

Firm/Agency: Nexus Bankruptcy

Address: 3090 Bristol Street #400

City, State, Zip: Costa Mesa, CA 92626

Contact: Benjamin Heston Phone: 949-312-1377

eMail: ben@nexusbk.com

**U.S. Government Agency?** ☐ Yes ☒ **No**

**Chapter Trustee?** ☐ **Yes** ☒ **No**

### Case Information

**Case/Debtor Name:** Susan Jo White

**Case Number:** 8:26-bk-11720-SC **Chapter:** 11 → 7

☒ **Bankruptcy case** ☐ **Adversary case**

**Presiding Judge:** Hon. Scott C. Clarkson

**Case/Hearing Under Seal?** ☐ **Yes** ☒ **No**

**Hearing Information:** (A separate form must be completed for **each** hearing date requested)

**Date of Hearing:** 09/02/2026 **(ONE hearing date)** **Time of Hearing:** 1:30 p.m. **Location:** 5C **Calendar Matter Number:** ______

Number of CDs Requested for this One Hearing ($34.00 each): 1

**Format:** Please select desired format.

- ☐ **CD - FTR Gold format** requires *FTR Player™* available as a free download from <www.fortherecord.com>. FTR format allows the listener to navigate through the recording using real-time references from the hearing.
- ☐ **CD - Windows Media Audio format** will play using standard media players on Windows-compatible computers.
- ☒ **CD - MP3 format** will play on Windows or Apple/Macintosh ("Mac") computer and most CD-R and CD-RW compatible players designed to play music.

**Cost:**
The cost for one compact disc (CD) is **$34.00**. Payment is required for each hearing date before an audio request may be processed. Audio requests are ordinarily completed within two business days from receipt of payment. The ordering party will be notified by telephone when the audio request is ready for pick up. CD's will be mailed if postage paid envelope is provided.

**U.S. Government Agencies including the U.S. Trustee are exempt from paying the fee.***

**Fee may be waived with Court-Approved Fee Waiver Order (attach the Court Order to this form).****

**THIS SECTION COMPLETED BY CLERK'S OFFICE**

| | Date | By | | |
|---|---|---|---|---|
| | | | Number of Media Duplicated | |
| Audio CD Request Received | | | *U.S. Government/U.S. Trustee - Fee Exempt? | ☐ Yes ☐ No |
| Audio CD Duplicated | | | **Fee Waiver (Court Order attached)? | ☐ Yes ☐ No |
| Party Notified for Pick-up | | | Total Cost | $ |
| Picked up by Ordering Party | | | Fee Paid | $ |
| Mailed to Ordering Party | | | Cashier Receipt Number | |